**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Sydney Ji, June Abe, Lee Shubert, Kira Tomlinson, Ranela Sunga, and Stefanie Bonner, individually and on behalf of all others similarly situated,<br><br>           Plaintiff,<br><br>     vs.<br><br>NAVER CORPORATION, a corporation; NAVER CLOUD CORPORATION, a corporation; NAVER CLOUD AMERICA INC. f/k/a NAVER BUSINESS PLATFORM AMERICA INC., a corporation; SNOW CORPORATION, a corporation; SNOW INC., a corporation; Z HOLDINGS CORPORATION, a corporation; LINE CORPORATION, a corporation; LINE PLUS CORPORATION, a corporation; and LINE EURO-AMERICAS CORPORATION, a corporation.<br><br>           Defendants. | CASE NO.  4:21-cv-05143-HSG<br><br>**ORDER SETTING CASE SCHEDULE THROUGH RULE 12 MOTION BRIEFING**<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Location:  Courtroom 2 |

730728.1

Plaintiffs Sydney Ji, June Abe, Lee Shubert, Kira Tomlinson, Ranela Sunga, and Stefanie Bonner (collectively, "Plaintiffs"), and Defendants NAVER Corporation, NAVER Cloud Corporation, and NAVER Cloud America Inc. (collectively, "NAVER Defendants"); SNOW Corporation and SNOW Inc. (collectively, "SNOW Defendants"); and Z Holdings Corporation, LINE Corporation, LINE Plus Corporation, and LINE Euro-Americas Corporation (collectively, "LINE Defendants," and together with the NAVER and SNOW Defendants, "Defendants"), by and through their respective counsel of record, have stipulated to the following:

1. The Parties shall exchange initial disclosures pursuant to Fed. R. Civ. P. 26(f) on or before **October 12, 2021**;

2. Defendants shall file their Rule 12 motions on or before **October 25, 2021**;

3. Plaintiffs shall file their oppositions on or before **December 1, 2021**;

4. Defendants shall file their replies on or before **December 22, 2021**.

Good cause appearing, the Parties request for an order setting an initial case schedule as described above is GRANTED.

**IT IS SO ORDERED.**

Dated:   10/13/2021

Honorable Haywood S. Gilliam, Jr
United States District Judge

730728.1