1

2

3

4

5

6

7

8

9

10

11

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sydney Ji, June Abe, Lee Shubert, Kira Tomlinson, Ranela Sunga, and Stefanie Bonner, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>NAVER CORPORATION, a corporation; NAVER CLOUD CORPORATION, a corporation; NAVER CLOUD AMERICA INC. f/k/a NAVER BUSINESS PLATFORM AMERICA INC., a corporation; SNOW CORPORATION, a corporation; SNOW INC., a corporation; Z HOLDINGS CORPORATION, a corporation; LINE CORPORATION, a corporation; LINE PLUS CORPORATION, a corporation; and LINE EURO-AMERICAS CORPORATION, a corporation.<br><br>            Defendants. | CASE NO.  4:21-cv-05143-HSG<br><br>**ORDER CONTINUING HEARING ON DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' CLASS ACTION COMPLAINT TO MAY 12, 2022 (as modified)**<br><br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Location:  Courtroom 2 |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

790725.1

1    Good cause appearing, the hearing on Defendants' pending motions to dismiss, ECF 47,

2    52, and 53, is continued to May 12, 2022  at 2 p.m. before Judge Haywood S. Gilliam, Jr. in

3    Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA.

4    **IT IS SO ORDERED.**

5

6

7    Dated: _____4/15/2022_____

8    Honorable Haywood S. Gilliam, Jr
     United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

790725.1