1  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
2  MICHAEL BURSHTEYN (CA SBN 295320)
   MBurshteyn@mofo.com
3  DANIELLE VALLONE (CA SBN 302497)
   DVallone@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  PURVI G. PATEL (CA SBN 270702)
   PPatel@mofo.com
8  MORRISON & FOERSTER LLP
   707 Wilshire Boulevard, Suite 6000
9  Los Angeles, California 90017
   Telephone: 213.892.5200
10 Facsimile: 213.892.5454

11 Attorneys for Defendant
   Z HOLDINGS CORPORATION, LINE CORPORATION,
12 LINE PLUS CORPORATION, and LINE EURO-AMERICAS
   CORPORATION
13
   [Additional Counsel on Signature Page]
14

15                   UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                          OAKLAND DIVISION

18

19 Sydney Ji, *et al.*, individually and on behalf of    Case No. 4:21-cv-05143-HSG
   all others similarly situated,
20                                                        **STIPULATION AND ORDER (1)**
                    Plaintiff,                            **EXTENDING TIME TO RESPOND**
21                                                        **TO FIRST AMENDED CLASS**
           v.                                             **ACTION COMPLAINT, AND (2)**
22                                                        **SETTING BRIEFING SCHEDULE**
   NAVER CORPORATION, *et al.*,                           **ON DEFENDANTS'**
23                                                        **FORTHCOMING MOTIONS TO**
                    Defendants.                           **DISMISS**
24
                                                          Date:      April 20, 2023
25                                                        Time:      2:00 p.m.
                                                          Judge:     Hon. Haywood S. Gilliam, Jr.
26                                                        Courtroom: 2

27                                                        Action Filed: July 2, 2021
                                                          FAC Filed:   October 28, 2022
28                                                        Trial Date:   N/A

1    Pursuant to Civil Local Rule 6-1, Plaintiffs Sydney Ji, June Abe, Lee Shubert, Kira

2 Tomlinson, Ranela Sunga, and Stefanie Bonner (collectively, "Plaintiffs"), and Defendants Z

3 Holdings Corporation, LINE Corporation, LINE Plus Corporation, and LINE Euro-Americas

4 Corporation (collectively, "LINE Defendants"); Defendants NAVER Corporation, NAVER

5 Cloud Corporation, and NAVER Cloud America Inc. (collectively "NAVER Defendants"); and

6 SNOW Corporation and SNOW Inc. (collectively, "SNOW Defendants," and together with the

7 LINE and NAVER Defendants, "Defendants"), by and through their attorneys of record,

8 stipulate as follows:

9    WHEREAS, Plaintiffs filed their original Complaint against Defendants on July 2, 2021

10 asserting ten causes of action for (1) negligence; (2) intrusion upon seclusion; (3) violation of the

11 right to privacy – California Constitution; (4) violation of the California Unfair Competition

12 Law; (5) violation of the California False Advertising Law; (6) violation of the California

13 Invasion of Privacy Act; (7) violation of the Electronic Communications Privacy Act;

14 (8) violation of the Computer Fraud and Abuse Act; (9) violation of the Illinois Biometric

15 Information Privacy Act; and (10) restitution/unjust enrichment (ECF No. 1);

16    WHEREAS, Defendants moved to dismiss Plaintiffs' Complaint on October 25, 2021

17 (ECF Nos. 47, 52, 53);

18    WHEREAS, the Court granted Defendants' motions to dismiss with leave to amend on

19 September 30, 2022, and ordered Plaintiffs to file any amended complaint no later than 28 days

20 from the date of the Order (ECF No. 99);

21    WHEREAS, Plaintiffs filed their First Amended Complaint against Defendants on

22 October 28, 2022, asserting eleven causes of action for: (1) intrusion upon seclusion;

23 (2) violation of the right to privacy – California Constitution; (3) violation of the California

24 Unfair Competition Law; (4) violation of the California False Advertising Law; (5) violation of

25 the California Invasion of Privacy Act; (6) violation of the Electronic Communications Privacy

26 Act; (7) violation of the Computer Fraud and Abuse Act; (8) violation of the Illinois Biometric

27 Information Privacy Act; (9) larceny; (10) conversion; and (11) restitution/unjust enrichment

28

STIP. AND PO TO EXTEND TIME
TO RESPOND TO FAC
Case No. 4:21-cv-05143-HSG

SF-4965348.13

1    (ECF No. 100);

2         WHEREAS, pursuant to Rule 15(a)(3), Defendants' deadline to respond to the First

3    Amended Complaint is November 11, 2022;

4         WHEREAS, Defendants request additional time to evaluate the allegations set forth in

5    the First Amended Complaint—which is more than 100 pages long and includes multiple

6    exhibits and alleges 11 causes of action (two for the first time) against nine different defendants

7    (five of which are in either Korea or Japan)—and to prepare efficient, combined responses;

8         WHEREAS, Defendants anticipate moving to dismiss the First Amended Complaint;

9    specifically, counsel for the LINE Defendants anticipate filing a combined motion to dismiss on

10   behalf of their four clients, and counsel for the NAVER and SNOW Defendants anticipate filing

11   a combined motion to dismiss on behalf of their five clients;

12        WHEREAS, counsel for the parties met and conferred by email on November 1 and 2,

13   2022 regarding a briefing schedule for Defendants' forthcoming motions to dismiss, taking into

14   account the complexities of the issues, the number of Defendants and new causes of action, the

15   coordination required for the multiple Defendants across three countries to respond to the First

16   Amended Complaint, and the intervening U.S. and foreign holidays;

17        WHEREAS, counsel for the parties also met and conferred on potential page limit

18   extensions, and anticipate filing a subsequent stipulation if additional pages are requested;

19        WHEREAS, the parties agree that extending the deadline for Defendants to answer or

20   otherwise respond to the First Amended Complaint and setting the briefing schedule mentioned

21   above will facilitate the efficient resolution of any dispute, avoid duplicative briefing, and

22   conserve judicial resources; and

23        WHEREAS, the parties' stipulation herein and the proposed briefing schedule regarding

24   Defendants' forthcoming motions to dismiss will not alter the date of any event or any deadline

25   already fixed by Court order;

26        NOW, THEREFORE, the parties hereby stipulate and agree, subject to the approval of

27   the Court, that:

28

STIP. AND PO TO EXTEND TIME
TO RESPOND TO FAC
Case No. 4:21-cv-05143-HSG

SF-4965348.13

1       1.      Defendants shall file their motions to dismiss on or before December 15, 2022;

2       2.      Plaintiffs shall file their opposition to Defendants' motions to dismiss on or before

3 February 3, 2023;

4       3.      Defendants shall file their reply briefs in support of their motions to dismiss on or

5 before March 6, 2023;

6       4.      Defendants shall notice their motions to dismiss for a hearing on April 20, 2023,

7 at 2:00 p.m., or on a date or time otherwise directed by the Court; and

8       5.      In the event the Court has not reviewed or ruled on this stipulation on or before

9 the responsive pleading deadline of November 11, 2022, Plaintiffs will not seek default or move

10 for default judgment on the basis that Defendants' responsive motions or pleadings were not

11 filed by that date.

12

13 DATED:  November 8, 2022         MORRISON & FOERSTER LLP

14                                    By:  */s/ Purvi G. Patel*
15                                        Purvi G. Patel

16                                    *Attorneys for Specially Appearing Defendants*
17                                    *Z Holdings Corporation, LINE Corporation, and LINE PLUS Corporation and Defendant LINE Euro-Americas Corporation*

18

19 DATED:  November 8, 2022         LATHAM & WATKINS LLP

20                                    By:  */s/ Melanie M. Blunschi*
21                                    Michael H. Rubin (CA Bar No. 214636)
22                                    michael.rubin@lw.com
                                    Melanie M. Blunschi (CA Bar No. 234264)
23                                    melanie.blunschi@lw.com
                                    505 Montgomery Street, Suite 2000
24                                    San Francisco, California 94111-6538
                                    Telephone: 415.391.0600
                                    Facsimile: 415.395.8095

25                                    *Attorneys for Defendants NAVER Corporation, NAVER Cloud Corporation, NAVER Cloud America Inc., SNOW Corporation, and SNOW Inc.*

26

27

28

STIP. AND PO TO EXTEND TIME
TO RESPOND TO FAC
Case No. 4:21-cv-05143-HSG

SF-4965348.13

1  DATED:  November 8, 2022          GLANCY PRONGAY & MURRAY LLP

2                                    By: */s/ Jonathan M. Rotter*
                                         Kara M. Wolke (CA Bar No. 241521)
3                                        Marc L. Godino (CA Bar No. 182689)
                                         Jonathan M. Rotter (CA Bar No. 234137)
4                                        Raymond D. Sulentic (CA Bar No. 316913)
                                         Pavithra Rajesh (CA Bar No. 323055)
5                                        info@glancylaw.com
                                         1925 Century Park East, Suite 2100
6                                        Los Angeles, California 90067-2561
                                         Telephone: 310.201.9150
7                                        Facsimile: 310.201.9160

8                                        *Attorneys for Plaintiff Lee Shubert*

9

10  DATED:  November 8, 2022          DICELLO LEVITT GUTZLER LLC

11                                   By: */s/ Amy E. Keller*
                                         Amy E. Keller (*pro hac vice*)
12                                       akeller@dicellolevitt.com
                                         Ten North Dearborn Street
13                                       Sixth Floor
                                         Chicago, Illinois 60602
14                                       Telephone: 312.214.7900

15                                       *Attorneys for Plaintiff Lee Shubert*

16

17  DATED:  November 8, 2022          BIRD MARELLA BOXER WOLPERT NESSIM
                                       DROOKS LICENBERG & RHOW P.C. LLP
18
                                     By: */s/ Ekwan E. Rhow*
19                                       Ekwan E. Rhow (CA Bar No. 174604)
                                         erhow@birdmarella.com
20                                       Thomas R. Freeman (CA Bar No. 135392)
                                         tfreeman@birdmarella.com
21                                       Marc E. Masters - State Bar No 208375
                                         mmasters@birdmarella.com
22                                       1875 Century Park East, 23rd Floor
                                         Los Angeles, California 90067-2561
23                                       Telephone: 310.201.2100
                                         Facsimile: 310.201.2110
24
                                         *Attorneys for Plaintiffs Sydney Ji, June Abe,*
25                                       *Kira Tomlinson, Ranela Sunga, and Stefanie*
                                         *Bonner*
26

27

28

DATED:  November 8, 2022  COHEN WILLIAMS LLP

By:  /s/ Marc S. William
Marc S. Williams (CA Bar No. 198913)
mwilliams@cohen-williams.com
Youngbin Son (CA Bar No. 324547)
yson@cohen-williams.com
724 South Spring Street, 9th Floor
Los Angeles, California 90014
Telephone: 213.232.5162
Facsimile: 213.232.5167

*Attorneys for Plaintiffs Sydney Ji, June Abe,
Kira Tomlinson, Ranela Sunga, and Stefanie
Bonner*

DATED:  November 8, 2022  BLEICHMAR FONTI & AULD LLP

By:  /s/ Lesley E. Weaver
Lesley E. Weaver (CA Bar No. 191305)
lweaver@bfalaw.com
Joshua Samra (CA Bar No. 313050)
jsamra@bfalaw.com
555 12th Street, Suite 1600
Oakland, California 94607
Telephone: 415.445.4003

*Attorneys for Plaintiffs Sydney Ji, June Abe,
Kira Tomlinson, Ranela Sunga, and Stefanie
Bonner*

1

**SIGNATURE ATTESTATION**

2          I am the ECF User whose identification and password are being used to file the foregoing

3   STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO

4   THE COMPLAINT AND CONTINUE THE CASE MANAGEMENT CONFERENCE AND

5   ASSOCIATED DEADLINES.  Pursuant to L.R 5-1(i)(3) regarding signatures, I, Purvi G. Patel,

6   attest that concurrence in the filing of this document has been obtained.

7

8   DATED:  November 8, 2022                          */s/ Purvi G. Patel*
                                                        Purvi G. Patel
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF-4965348.13

1

**<u>ORDER</u>**

2

Pursuant to the Parties' stipulation, the Court hereby orders as follows:

3

1.      Defendants shall file their motions to dismiss on or before December 15, 2022;

4

2.      Plaintiffs shall file their opposition to Defendants' motions to dismiss on or before

5

February 3, 2023;

6

3.      Defendants shall file their reply briefs in support of their motions to dismiss on or

7

before March 6, 2023;

8

4.      Defendants shall notice their motions to dismiss for hearing on April 20, 2023, at

9

2:00 p.m., or on a date or time otherwise directed by the Court; and

10

11

IT IS SO ORDERED.

12

13

Dated:    11/9/2022

14

Honorable Haywood S. Gilliam Jr.
United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SF-4965348.13