TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
DANIELLE VALLONE (CA SBN 302497)
DVallone@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Attorneys for Defendants
Z HOLDINGS CORPORATION, LINE CORPORATION,
LINE PLUS CORPORATION, and
LINE EURO-AMERICAS CORPORATION

[*Additional Counsel on Signature Page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY JI, *et al.*, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAVER CORPORATION, *et al.*,<br><br>Defendants. | Case No.   4:21-cv-05143-HSG<br><br>**JOINT STIPULATION AND ORDER EXTENDING PAGE LIMITS FOR THE LINE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND PLAINTIFFS' OPPOSITION TO THE LINE DEFENDANTS' MOTION TO DISMISS**<br><br>Date:   April 20, 2023<br>Time:   2:00 p.m.<br>Judge:  Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2<br><br>Action Filed: July 2, 2021<br>FAC Filed:   October 28, 2022<br>Trial Date:   N/A |

Pursuant to Local Rule 7-12, Plaintiffs Sydney Ji, June Abe, Lee Shubert, Kira Tomlinson, Ranela Sunga, and Stefanie Bonner and Defendants Z Holdings Corporation, LINE Corporation, LINE Plus Corporation, and LINE Euro-Americas Corporation (collectively the "LINE Defendants") stipulate as follows:

**WHEREAS**, on October 28, 2022, Plaintiffs filed their First Amended Complaint, asserting eleven causes of action (two for the first time) for: (1) intrusion upon seclusion; (2) violation of the right to privacy – California Constitution; (3) violation of the California Unfair Competition Law; (4) violation of the California False Advertising Law; (5) violation of the California Invasion of Privacy Act; (6) violation of the Electronic Communications Privacy Act; (7) violation of the Computer Fraud and Abuse Act; (8) violation of the Illinois Biometric Information Privacy Act; (9) larceny; (10) conversion; and (11) restitution/unjust enrichment (ECF No. 100);

**WHEREAS**, the LINE Defendants' deadline to respond to the First Amended Complaint is December 15, 2022 (ECF No. 102), and they intend to file a single joint motion;

**WHEREAS**, L.R. 7-2(b) provides that a motion shall not exceed 25 pages in length and L.R. 7-3 provides that an opposition to a motion also may not exceed 25 pages in length;

**WHEREAS**, having reviewed Plaintiffs' First Amended Complaint (which comprises 394 paragraphs), having contemplated their potential arguments in response (including those based on lack of personal jurisdiction), and being mindful of the Court's comments regarding cross-referencing across briefs, the LINE Defendants anticipate needing an additional 12 pages to adequately brief their motion to dismiss in a single brief;

**WHEREAS**, counsel for Plaintiffs and counsel for the LINE Defendants met and conferred on November 1 and 2 and December 6 and 7, 2022, regarding reciprocal page limit extensions;

**WHEREAS**, Plaintiffs and the LINE Defendants agree that the LINE Defendants shall file a motion to dismiss not to exceed 37 pages, Plaintiffs shall file an opposition to the LINE Defendants' motion to dismiss not to exceed 37 pages, and the LINE Defendants may seek

1  additional pages for their reply brief once they have had a chance to assess Plaintiffs' opposition
2  and confer with Plaintiffs;
3        **WHEREAS**, Defendants NAVER Corporation, NAVER Cloud Corporation, NAVER
4  Cloud America Inc., SNOW Corporation, and SNOW Inc. do not oppose this stipulation;
5        **WHEREAS**, Plaintiffs and the LINE Defendants will endeavor to use fewer than the
6  requested pages and distill the relevant arguments into the minimum length necessary to fully
7  present their arguments to the Court;
8        **NOW, THEREFORE**, Plaintiffs and the LINE Defendants hereby stipulate and agree,
9  subject to the Court's approval, that the LINE Defendants may file a single memorandum of
10 points and authorities in support of their motion to dismiss not to exceed 37 pages in length, and
11 Plaintiffs may file an opposition to the LINE Defendants' motion to dismiss not to exceed 37
12 pages in length.

14 DATED: December 8, 2022       **MORRISON & FOERSTER LLP**

16       By: */s/ Purvi G. Patel*
             Purvi G. Patel

17       ***Attorneys for Specially Appearing Defendants***
18       ***Z Holdings Corporation, LINE Corporation, and LINE PLUS Corporation and Defendant LINE Euro-Americas Corporation***

20 DATED: December 8, 2022       **GLANCY PRONGAY & MURRAY LLP**

21       By: */s/ Jonathan M. Rotter*
22           Kara M. Wolke (CA Bar No. 241521)
             Marc L. Godino (CA Bar No. 182689)
23           Jonathan M. Rotter (CA Bar No. 234137)
             Raymond D. Sulentic (CA Bar No. 316913)
24           Pavithra Rajesh (CA Bar No. 323055)
             info@glancylaw.com
25           1925 Century Park East, Suite 2100
             Los Angeles, California 90067-2561
26           Telephone: 310.201.9150
             Facsimile: 310.201.9160

Amy E. Keller (*pro hac vice*)
akeller@dicellolevitt.com
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street
Sixth Floor
Chicago, Illinois 60602
Telephone: 312.214.7900

*Attorneys for Plaintiff Lee Shubert*

Ekwan E. Rhow (CA Bar No. 174604)
erhow@birdmarella.com
Thomas R. Freeman (CA Bar No. 135392)
tfreeman@birdmarella.com
Marc E. Masters – (CA Bar No. 208375)
mmasters@birdmarella.com
**BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LICENBERG & RHOW P.C. LLP**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: 310.201.2100
Facsimile: 310.201.2110

Marc S. Williams (CA Bar No. 198913)
mwilliams@cohen-williams.com
Youngbin Son (CA Bar No. 324547)
yson@cohen-williams.com
**COHEN WILLIAMS LLP**
724 South Spring Street, 9th Floor
Los Angeles, California 90014
Telephone: 213.232.5162
Facsimile: 213.232.5167

Lesley E. Weaver (CA Bar No. 191305)
lweaver@bfalaw.com
Joshua Samra (CA Bar No. 313050)
jsamra@bfalaw.com
**BLEICHMAR FONTI & AULD LLP**
555 12th Street, Suite 1600
Oakland, California 94607
Telephone: 415.445.4003

*Attorneys for Plaintiffs Sydney Ji, June Abe, Kira Tomlinson, Ranela Sunga, and Stefanie Bonner*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR THE LINE DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT AND PLAINTIFFS' OPPOSITION TO THE LINE DEFENDANTS' MOTION TO DISMISS. Pursuant to L.R 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

DATED:  December 8, 2022                    */s/ Purvi G. Patel*
                                             Purvi G. Patel

**ORDER**

Pursuant to the stipulation of Plaintiffs and Defendants Z Holdings Corporation, LINE Corporation, LINE Plus Corporation, and LINE Euro-Americas Corporation, the Court hereby orders as follows:

1. Defendants Z Holdings Corporation, LINE Corporation, LINE Plus Corporation, and LINE Euro-Americas Corporation may file a single memorandum of points and authorities in support of their motion to dismiss not to exceed 37 pages in length; and

2. Plaintiffs may file an opposition to the LINE Defendants' motion to dismiss not to exceed 37 pages in length.

**IT IS SO ORDERED**.

DATED:   12/9/2022

Honorable Haywood S. Gilliam, Jr.
United States District Judge