UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Sydney Ji, June Abe, et, al.,

Plaintiff(s),

v.

Naver Corporation, et. al.,

Defendant(s).

Case No. 4:21-cv-05143-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Michael G. Ahern, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Z Holdings Corp., Line Corp, Line Plus Corp and Line Euro-Americas Corp in the above-entitled action. My local co-counsel in this case is Purvi Govindlal Patel, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 270702.

Morrison & Foerster LLP
250 W. 55th Street, New York, NY 10019
MY ADDRESS OF RECORD

Morrison & Foerster LLP
707 Wilshire Blvd, Suite 6000, LA, CA 90017
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 336-4075
MY TELEPHONE # OF RECORD

213-892-5200
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

MAhern@mofo.com
MY EMAIL ADDRESS OF RECORD

ppatel@mofo.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5479860.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 6, 2022

Michael G. Ahern
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Michael G. Ahern is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/13/2022

Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE



# Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Michael Gerard Ahern

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **February 1, 2017**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on October 3, 2022.

*Maria T. Fasulo*

Clerk of the Court

CertID-00085771



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

HECTOR D. LASALLE
PRESIDING JUSTICE

MARIA T. FASULO
CLERK OF THE COURT

DARRELL M. JOSEPH
DEPUTY CLERKS

KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*

Maria T. Fasulo
Clerk of the Court

Revised January 2022