1  TIFFANY CHEUNG (CA SBN 211497)
   TCheung@mofo.com
2  DANIELLE VALLONE (CA SBN 302497)
   DVallone@mofo.com
3  ANISSA CHITOUR (CA SBN 341926)
   AChitour@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone: 415.268.7000
6  Facsimile: 415.268.7522

7  Attorneys for Defendants
   Z HOLDINGS CORPORATION, LINE
8  CORPORATION, LINE PLUS CORPORATION,
   and LINE EURO-AMERICAS CORPORATION

9
   *Additional counsel on next page and signature page*
10
                   UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12

13
   SYDNEY JI, *et al.*, individually and on behalf of      Case No.    4:21-cv-05143-HSG
14  all others similarly situated,
                                                           **JOINT STIPULATION AND**
15                          Plaintiffs,                     **ORDER EXTENDING PAGE**
                                                           **LIMITS FOR DEFENDANTS'**
16             v.                                          **REPLIES IN SUPPORT OF THEIR**
                                                           **MOTIONS TO DISMISS**
17  NAVER CORPORATION, *et al.*,                           **PLAINTIFFS' FIRST AMENDED**
                                                           **COMPLAINT**
18                          Defendants.
                                                           Date:        April 20, 2023
19                                                         Time:        2:00 p.m.
                                                           Judge:       Hon. Haywood S. Gilliam, Jr.
20                                                         Courtroom: 2

21                                                         Action Filed: July 2, 2021
                                                           FAC Filed:   October 28, 2022
22                                                         Trial Date:   N/A

23

24

25

26

27

28

1  | PURVI G. PATEL (CA SBN 270702)
   | PPatel@mofo.com
2  | MATTHEW E. LADEW (CA SBN 318215)
   | MLadew@mofo.com
3  | MORRISON & FOERSTER LLP
   | 707 Wilshire Boulevard, Suite 6000
4  | Los Angeles, California 90017-3543
   | Telephone: 213.892.5200
5  | Facsimile: 213.892.5454

6  | MICHAEL G. AHERN (*pro hac vice*)
   | MAhern@mofo.com
7  | MORRISON & FOERSTER LLP
   | 250 West 55th Street
8  | New York, NY 10019-9601
   | Telephone: 212.468.8000
9  | Facsimile: 212.468.7900

10 | Attorneys for Defendants
   | Z HOLDINGS CORPORATION, LINE CORPORATION,
11 | LINE PLUS CORPORATION, and
   | LINE EURO-AMERICAS CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1     Pursuant to Local Rule 7-12, Plaintiffs Sydney Ji, Lee Shubert, Kira Tomlinson, Ranela

2 Sunga, and Stefanie Bonner; Defendants Z Holdings Corporation, LINE Corporation, LINE Plus

3 Corporation, and LINE Euro-Americas Corporation (collectively, the "LINE Defendants");

4 Defendants NAVER Corporation, NAVER Cloud Corporation, and NAVER Cloud America Inc.

5 (collectively, the "NAVER Defendants"); and Defendants SNOW Corporation and SNOW Inc.

6 (collectively, the "SNOW Defendants," and together with the LINE and NAVER Defendants,

7 "Defendants") stipulate as follows:

8     **WHEREAS**, on October 28, 2022, Plaintiffs filed their First Amended Complaint,

9 asserting eleven causes of action (two for the first time) for: (1) intrusion upon seclusion;

10 (2) violation of the right to privacy – California Constitution; (3) violation of the California

11 Unfair Competition Law; (4) violation of the California False Advertising Law; (5) violation of

12 the California Invasion of Privacy Act; (6) violation of the Electronic Communications Privacy

13 Act; (7) violation of the Computer Fraud and Abuse Act; (8) violation of the Illinois Biometric

14 Information Privacy Act; (9) larceny; (10) conversion; and (11) restitution/unjust enrichment

15 (ECF No. 100);

16     **WHEREAS**, on December 8, 2022, Plaintiffs and the LINE Defendants stipulated to

17 reciprocal page limit extensions for the LINE Defendants' motion to dismiss and Plaintiffs'

18 Opposition to the LINE Defendants' motion to dismiss, and agreed that the LINE Defendants

19 may seek additional pages for their reply brief once they had a chance to assess Plaintiffs'

20 opposition and confer with Plaintiffs (ECF No. 103);

21     **WHEREAS**, on December 9, 2022, the Court granted the parties' stipulation, permitting

22 the LINE Defendants to file a motion to dismiss not to exceed 37 pages and permitting Plaintiffs

23 to file an opposition to the LINE Defendants' motion to dismiss not to exceed 37 pages (ECF No.

24 104);

25     **WHEREAS**, the LINE Defendants filed their motion to dismiss on December 15, 2022

26 (ECF No. 112), and the NAVER and SNOW Defendants filed their motion to dismiss the same

27 day (ECF No. 108);

28

1    **WHEREAS**, Plaintiffs filed their oppositions to the LINE Defendants' motion to dismiss

2    and the NAVER and SNOW Defendants' motion to dismiss on February 3, 2023 (ECF No. 114 &

3    115, respectively);

4    **WHEREAS**, L.R. 7-3(c) and 7-4(b) provide that a reply brief or memorandum may not

5    exceed 15 pages in length;

6    **WHEREAS**, having reviewed Plaintiffs' opposition to the LINE Defendants' motion to

7    dismiss, and having contemplated their potential arguments in response (including those in

8    response to the declaration of Ron Berman filed in support of Plaintiffs' opposition, which must

9    be incorporated into the LINE Defendants' reply per Local Rule 7-3(c)), the LINE Defendants

10   anticipate needing an additional 10 pages to adequately reply to Plaintiffs' opposition;

11   **WHEREAS**, the NAVER and SNOW Defendants have similarly reviewed Plaintiffs'

12   opposition to their motion to dismiss, as well as the supporting declaration of Ron Berman, and

13   anticipate needing an additional three (3) pages to adequately reply to Plaintiffs' opposition;

14   **WHEREAS**, Defendants will endeavor to use fewer than the requested pages and distill

15   the relevant arguments into the minimum length necessary to fully present their arguments to the

16   Court;

17   **WHEREAS**, counsel for the Parties met and conferred via email on February 22 and 23,

18   2023 regarding the page limit extension;

19   **WHEREAS**, the Parties agree that (1) the LINE Defendants shall file a reply in support of

20   their motion to dismiss not to exceed 25 pages, and (2) the NAVER and SNOW Defendants shall

21   file a reply in support of their motion to dismiss not to exceed 18 pages;

22   **NOW, THEREFORE**, the Parties hereby stipulate and agree, subject to the Court's

23   approval, that (1) the LINE Defendants may file a single reply to Plaintiffs' opposition to the

24   LINE Defendants' motion to dismiss not to exceed 25 pages in length, and (2) the NAVER and

25   SNOW Defendants shall file a single reply in support of their motion to dismiss not to exceed 18

26   pages.

27

28

1  DATED:  February 24, 2023          **MORRISON & FOERSTER LLP**

2
                                      By: */s/ Danielle Vallone*
3                                         Danielle Vallone

4                                         ***Attorneys for Specially Appearing Defendants***
                                          ***Z Holdings Corporation, LINE Corporation,***
                                          ***and LINE PLUS Corporation and Defendant***
5                                         ***LINE Euro-Americas Corporation***

6

7  DATED:  February 24, 2023          **LATHAM & WATKINS LLP**

8                                      By: */s/ Melanie M. Blunschi*
                                          Michael H. Rubin (CA Bar No. 214636)
9                                         *michael.rubin@lw.com*
                                          Melanie M. Blunschi (CA Bar No. 234264)
10                                        *melanie.blunschi@lw.com*
                                          Joseph C. Hansen (CA Bar No. 275147)
11                                        *joseph.hansen@lw.com*
                                          Francis J. Acott (CA Bar No. 331813)
12                                        *francis.acott@lw.com*
                                          505 Montgomery Street, Suite 2000
13                                        San Francisco, California 94111-6538
                                          Telephone: +1.415.391.0600
14
                                          ***Attorneys for Defendants NAVER Corporation,***
15                                        ***NAVER Cloud Corporation, NAVER Cloud***
                                          ***America Inc., SNOW Corporation, and SNOW***
16                                        ***Inc.***

17

18  DATED:  February 24, 2023         **GLANCY PRONGAY & MURRAY LLP**

19
                                      By: */s/ Jonathan M. Rotter*
20                                        Kara M. Wolke (CA Bar No. 241521)
                                          Marc L. Godino (CA Bar No. 182689)
21                                        Jonathan M. Rotter (CA Bar No. 234137)
                                          Raymond D. Sulentic (CA Bar No. 316913)
22                                        Pavithra Rajesh (CA Bar No. 323055)
                                          info@glancylaw.com
23                                        1925 Century Park East, Suite 2100
                                          Los Angeles, California 90067-2561
24                                        Telephone: 310.201.9150
                                          Facsimile: 310.201.9160
25

26

27

28

1
Amy E. Keller (*pro hac vice*)
akeller@dicellolevitt.com
2
**DICELLO LEVITT GUTZLER LLC**
Ten North Dearborn Street
3
Sixth Floor
Chicago, Illinois 60602
4
Telephone: 312.214.7900

5
*Attorneys for Plaintiff Lee Shubert*

6
Ekwan E. Rhow (CA Bar No. 174604)
erhow@birdmarella.com
7
Thomas R. Freeman (CA Bar No. 135392)
tfreeman@birdmarella.com
8
Marc E. Masters – (CA Bar E. No. 208375)
mmasters@birdmarella.com
9
10
**BIRD MARELLA BOXER WOLPERT
NESSIM DROOKS LICENBERG &
RHOW P.C. LLP**
11
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
12
Telephone: 310.201.2100
Facsimile: 310.201.2110
13

14
Marc S. Williams (CA Bar No. 198913)
mwilliams@cohen-williams.com
15
Youngbin Son (CA Bar No. 324547)
yson@cohen-williams.com
16
**COHEN WILLIAMS LLP**
724 South Spring Street, 9th Floor
17
Los Angeles, California 90014
Telephone: 213.232.5162
Facsimile: 213.232.5167
18

19
Lesley E. Weaver (CA Bar No. 191305)
lweaver@bfalaw.com
20
Joshua Samra (CA Bar No. 313050)
jsamra@bfalaw.com
21
**BLEICHMAR FONTI & AULD LLP**
555 12th Street, Suite 1600
22
Oakland, California 94607
Telephone: 415.445.4003

23
*Attorneys for Plaintiffs Sydney Ji, Kira
Tomlinson, Ranela Sunga, and Stefanie
24
Bonner*

25

26

27

28

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING PAGE LIMITS FOR DEFENDANTS' REPLIES IN SUPPORT OF THEIR MOTIONS TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT.  Pursuant to L.R 5-1(i)(3) regarding signatures, I attest that concurrence in the filing of this document has been obtained.

DATED:  February 24, 2023                    */s/ Danielle Vallone*
                                         Danielle Vallone

1

### **ORDER**

2      Pursuant to the stipulation of Plaintiffs and Defendants, the Court hereby orders as

3  follows:

4      Defendants Z Holdings Corporation, LINE Corporation, LINE Plus Corporation, and

5  LINE Euro-Americas Corporation may file a single reply to Plaintiffs' opposition to the LINE

6  Defendants' motion to dismiss not to exceed 25 pages in length.

7      Defendants NAVER Corporation, NAVER Cloud Corporation, NAVER Cloud America

8  Inc., SNOW Corporation, and SNOW Inc. may file a single reply to Plaintiffs' opposition to the

9  NAVER and SNOW Defendants' motion to dismiss not to exceed 18 pages in length.

10

11  **IT IS SO ORDERED**.

12

13  DATED:   2/27/2023

14                                   Honorable Haywood S. Gilliam, Jr.
                                     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28