| | |
|---|---|
| Jonathan M. Rotter – State Bar No. 234137<br>**GLANCY PRONGAY & MURRAY LLP**<br>1925 Century Park East, Suite 2100<br>Los Angeles, California 90067-2561<br>Tel.: (310) 201-9150<br>Fax.: (310) 201-9160<br>info@glancylaw.com | Amy E. Keller (admitted *pro hac vice*)<br>**DICELLO LEVITT LLC**<br>Ten North Dearborn Street Sixth Floor<br>Chicago, Illinois 60602<br>Tel. (312) 214.7900<br>akeller@dicellolevitt.com |
| Marc E. Masters – State Bar No. 208375<br>**BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG & RHOW P.C.**<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Tel.: (310) 201-2100<br>Fax.: (310) 201-2110<br>mmasters@birdmarella.com | Youngbin Son – State Bar No. 324547<br>**COHEN WILLIAMS LLP**<br>724 South Spring Street, 9th Floor<br>Los Angeles, CA 90014<br>Tel: 213-232-5162<br>Fax: 213-232-5167<br>yson@cohen-williams.com |

Lesley E. Weaver – State Bar No. 191305
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, California 94612
Tel. (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Attorneys for Plaintiffs and the Putative Class*
*Additional Counsel Appear on Signature Block*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| Sydney Ji, Lee Shubert, Kira Tomlinson, Ranela Sunga, and Stefanie Bonner, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>vs.<br><br>NAVER CORPORATION, a corporation; NAVER CLOUD CORPORATION, a corporation; NAVER CLOUD AMERICA INC. f/k/a NAVER BUSINESS PLATFORM AMERICA INC., a corporation; SNOW CORPORATION, a corporation; SNOW INC., a corporation; Z HOLDINGS CORPORATION, a corporation; LINE CORPORATION, a corporation; LINE PLUS CORPORATION, a corporation; and LINE EURO-AMERICAS CORPORATION, a corporation.<br><br>    Defendants. | Case No. 4:21-cv-05143-HSG<br><br>**DECLARATION OF JOSHUA D. SAMRA IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE STATEMENT OF RECENT DECISION IN SUPPORT OF THEIR OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>Hon. Judge Haywood S. Gilliam, Jr. |

I, Joshua D. Samra, declare and state as follows:

1. I am an attorney licensed in the State of California and admitted to the United States District Court for the Northern District of California. I am an associate at the law firm of Bleichmar Fonti & Auld LLP, a member in good standing of the bar of the State of California and of this Court, and counsel to Plaintiffs in the above-captioned action.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. This declaration is submitted in support of Plaintiffs' Motion for Leave to File Statement of Recent Decision in Support of Their Oppositions to Defendants' Motions to Dismiss the First Amended Complaint.

4. On August 7, 2023, Judge Yvonne Gonzalez Rogers of the U.S. District Court for the Northern District of California, Oakland Division, decided a motion for summary judgement in the case *Brown, et al. v. Google LLC*, No. 4:20-cv-03664-YGR, 2023 WL 5029899 (N.D. Cal. Aug. 7, 2023) (the "*Brown* Decision").

5. Attached hereto as **Exhibit 1** is the proposed Statement of Recent Decision regarding the *Brown* Decision.

6. Attached hereto as **Exhibit 2** is a true and correct copy of the *Brown* Decision.

* * *

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 9th day of August, 2023, in San Francisco, California.

/s/ Joshua D. Samra
Joshua D. Samra