LATHAM & WATKINS LLP
Michael H. Rubin  (CA Bar No. 214636)
  *michael.rubin@lw.com*
Melanie M. Blunschi (CA Bar No. 234264)
  *melanie.blunschi@lw.com*
Joseph C. Hansen (CA Bar No. 275147)
  *joseph.hansen@lw.com*
Francis J. Acott (CA Bar No. 331813)
  *francis.acott@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants Naver Corporation,
Naver Cloud Corporation, Naver Cloud America Inc.,
SNOW Corporation, and SNOW Inc.*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Sydney Ji, Lee Shubert, Kira Tomlinson, Ranela Sunga, and Stefanie Bonner, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAVER CORPORATION, a corporation; NAVER CLOUD CORPORATION, a corporation, NAVER CLOUD AMERICA INC. f/k/a NAVER BUSINESS PLATFORM AMERICA INC., a corporation; SNOW CORPORATION, a corporation; SNOW INC., a corporation; Z HOLDINGS CORPORATION, a corporation; LINE CORPORATION, a corporation; LINE PLUS CORPORATION, a corporation; and LINE EURO-AMERICAS CORPORATION, a corporation,<br><br>Defendants. | Case No. 4:21-cv-05143-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Hon. Haywood S. Gilliam, Jr. |

Plaintiffs Sydney Ji, Lee Shubert, Kira Tomlinson, Ranela Sunga and Stefanie Bonner (collectively, "Plaintiffs"); Defendants NAVER Corporation, Naver Cloud Corporation, Naver Cloud America Inc. (collectively, "NAVER Defendants"); SNOW Corporation and SNOW Inc. (collectively, "SNOW Defendants"); Z Holdings Corporation, LINE Corporation, LINE Plus Corporation and LINE Euro-Americas Corporation (collectively, "LINE Defendants," and together with the NAVER Defendants and SNOW Defendants, "Defendants"), hereby stipulate and agree, pursuant to Civil Local Rule 6-1(b), as follows:

WHEREAS, on October 28, 2022, Plaintiffs filed the First Amended Complaint (Dkt. 100);

WHEREAS, on December 15, 2022, Defendants moved to dismiss the First Amended Complaint (Dkts. 108, 115);

WHEREAS, on October 10, 2023, the Court granted in part and denied in part Defendants' Motions to Dismiss the First Amended Complaint (Dkt. 128) (the "MTD II Order"), granting Plaintiffs leave to amend certain claims and to take jurisdictional discovery;

WHEREAS, pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), the deadline to answer any claims in the First Amended Complaint which were not dismissed by the Court is October 17, 2023;

WHEREAS, pursuant to the MTD II Order, Plaintiffs have until October 31, 2023, to file any amended complaint (MTD II Order at 25);

WHEREAS, Plaintiffs intend to file a Second Amended Complaint;

WHEREAS, pursuant to Federal Rule of Civil Procedure 15(a)(3), Defendants would normally have 14 days to respond to the forthcoming Second Amended Complaint after service;

WHEREAS, the Parties reserve all their personal jurisdiction arguments;

WHEREAS, counsel for all Parties have met and conferred and agree that it would promote efficiency and conserve judicial and party resources for (a) Plaintiffs to file their Second Amended Complaint after conclusion of the jurisdictional discovery period, (b) the NAVER and SNOW Defendants to file and the LINE Defendants to file consolidated responses to the forthcoming Second Amended Complaint addressing any remaining amended claims as well as

personal jurisdiction, rather than separate motions to dismiss for amended claims and for personal jurisdiction, and that such responses should follow the conclusion of the jurisdictional discovery period to allow for completion of jurisdictional discovery, and (c) the NAVER and SNOW Defendants to file a single answer and the LINE Defendants to file a single answer once the pleadings are fully set;

NOW THEREFORE, the parties hereby STIPULATE AND AGREE that:

1. The deadline for Plaintiffs to file their Second Amended Complaint will be 21 days following conclusion of the jurisdictional discovery period.

2. The NAVER and SNOW Defendants and LINE Defendants will each have 45 days from the filing of the Second Amended Complaint to respond to the Second Amended Complaint.

3. If Defendants move to dismiss the Second Amended Complaint, the deadline for Plaintiffs' opposition briefs will be 45 days from the filing of the motions to dismiss, and the deadline for Defendants' reply briefs will be 30 days from the filing of the opposition briefs.

4. No answer to any claims (including claims addressed in the MTD II Order) is due until: (a) if Defendants do not move to dismiss the Second Amended Complaint, 45 days after the filing of the Second Amended Complaint, or (b) if Defendants move to dismiss the Second Amended Complaint, their answer to all remaining claims, including claims addressed in the MTD II Order, will be due 14 days following the Court's Order on such motions, in accordance with Federal Rule of Civil Procedure 12(a)(4)(A).

DATED: October 17, 2023                    LATHAM & WATKINS LLP

                                           /s/ Melanie M. Blunschi
                                           Michael H. Rubin (CA Bar No. 214636)
                                            michael.rubin@lw.com
                                           Melanie M. Blunschi (CA Bar No. 234264)
                                            melanie.blunschi@lw.com
                                           Joseph C. Hansen (CA Bar No. 275147)
                                            joseph.hansen@lw.com

|   |   |   |
|---|---|---|
| 1 |  | Francis J. Acott (CA Bar No. 331813) |
| 2 |  | *francis.acott@lw.com* |
|   |  | 505 Montgomery Street, Suite 2000 |
| 3 |  | San Francisco, California 94111-6538 |
|   |  | Telephone: +1.415.391.0600 |
| 4 |  | Facsimile: +1.415.395.8095 |
| 5 |  | *Attorneys for Defendants Naver Corporation, Naver Cloud Corporation, Naver Cloud America Inc., SNOW Corporation, and SNOW Inc.* |
| 6 |  |  |
| 7 | DATED: October 17, 2023 | MORRISON & FOERSTER LLP |
| 8 |  | */s/ Purvi G. Patel* |
|   |  | Tiffany Cheung (CA Bar No. 211497) |
| 9 |  | *tcheung@mofo.com* |
|   |  | Danielle Vallone (CA Bar No. 302497) |
| 10 |  | *dvallone@mofor.com* |
|   |  | Anissa Chitour (CA Bar No. 341926) |
| 11 |  | *achitour@mofor.com* |
|   |  | 425 Market Street |
| 12 |  | San Francisco, California 94105-2482 |
|   |  | Telephone: +1.415.268.7000 |
| 13 |  | Facsimile: +1.415.268.7522 |
| 14 |  | Purvi G. Patel (CA Bar No. 270702) |
|   |  | *ppatel@mofo.com* |
| 15 |  | Matthew E. Ladew (CA Bar No. 318215) |
|   |  | *mladew@mofo.com* |
| 16 |  | 707 Wilshire Boulevard |
|   |  | Los Angeles, California 90017-3543 |
| 17 |  | Telephone: +1.213.892.5200 |
|   |  | Facsimile: +1.213.892.5454 |
| 18 |  |  |
| 19 |  | Michael G. Ahern (*pro hac vice*) |
|   |  | *mahern@mofo.com* |
| 20 |  | 250 West 55th Street |
|   |  | New York, NY 10019-9601 |
|   |  | Telephone: +1.212.468.8000 |
| 21 |  | Facsimile: +1.212.468.7900 |
| 22 |  | *Attorneys for Specially Appearing Defendants Z Holdings Corporation, LINE Corporation, and LINE PLUS Corporation and Defendant LINE Euro-Americas Corporation* |
| 23 |  |  |
| 24 |  |  |
| 25 | DATED: October 17, 2023 | GLANCY PRONGAY & MURRAY LLP |
| 26 |  | */s/ Jonathan M. Rotter* |
|   |  | Kara M. Wolke (CA Bar No. 241521) |
| 27 |  | Marc L. Godino (CA Bar No. 182689) |
|   |  | Jonathan M. Rotter (CA Bar No. 234137) |
| 28 |  | Raymond D. Sulentic (CA Bar No. 316913) |

Pavithra Rajesh (CA Bar No. 323055)
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG & RHOW P.C.
Ekwan E. Rhow (CA Bar No. 174604)
  erhow@birdmarella.com
Thomas R. Freeman (CA Bar No. 135392)
  tfreeman@birdmarella.com
Marc E. Masters (CA Bar No 208375)
  mmasters@birdmarella.com
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

*Attorneys for Plaintiffs*

## SIGNATURE ATTESTATION

I am the ECF User whose identification and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT. Pursuant to L.R 5-1(i)(3) regarding signatures, I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained.

DATED: October 17, 2023              */s/ Melanie M. Blunschi*
                                      Melanie M. Blunschi

1  PURSUANT TO STIPULATION, IT IS SO ORDERED.

2  Dated: 10/18/2023

                                        Hon. Haywood S. Gilliam, Jr.
3                                          United States District Court Judge