LATHAM & WATKINS LLP
Michael H. Rubin (CA Bar No. 214636)
  michael.rubin@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
  melanie.blunschi@lw.com
Joseph C. Hansen (CA Bar No. 275147)
  joseph.hansen@lw.com
Francis J. Acott (CA Bar No. 331813)
  francis.acott@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants NAVER Corporation,
NAVER Cloud Corporation, NAVER Cloud America Inc.,
SNOW Corporation, and SNOW Inc.*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Sydney Ji, Lee Shubert, Kira Tomlinson, Ranela Sunga, and Stefanie Bonner, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAVER CORPORATION, a corporation; NAVER CLOUD CORPORATION, a corporation, NAVER CLOUD AMERICA INC. f/k/a NAVER BUSINESS PLATFORM AMERICA INC., a corporation; SNOW CORPORATION, a corporation; SNOW INC., a corporation; Z HOLDINGS CORPORATION, a corporation; LINE CORPORATION, a corporation; LINE PLUS CORPORATION, a corporation; and LINE EURO-AMERICAS CORPORATION, a corporation,<br><br>Defendants. | Case No. 4:21-cv-05143-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON NAVER AND SNOW DEFENDANTS' MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)**<br><br>Hon. Haywood S. Gilliam, Jr. |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. TO EXTEND BRIEFING SCHEDULE ON
MOTION FOR INTERLOCUTORY APPEAL
CASE NO. 4:21-CV-05143-HSG

Plaintiffs Sydney Ji, Lee Shubert, Kira Tomlinson, Ranela Sunga and Stefanie Bonner (collectively, "Plaintiffs") and Defendants NAVER Corporation, Naver Cloud Corporation, Naver Cloud America Inc. (collectively, "NAVER Defendants"), SNOW Corporation and SNOW Inc. (collectively, "SNOW Defendants," and together with NAVER Defendants, "NAVER and SNOW Defendants") hereby stipulate and agree, pursuant to Civil Local Rule 6-1(b), as follows:

WHEREAS, on October 3, 2023, the Court granted in part and denied in part Defendants' Motions to Dismiss the First Amended Complaint (Dkt. 128);

WHEREAS, on November 2, 2023, the NAVER and SNOW Defendants filed a Motion for Certification of Interlocutory Appeal Under 28 U.S.C. § 1292(b) of that Order ("Motion") (Dkt. 134), joined by Z Holdings Corporation, LINE Corporation, LINE Plus Corporation and LINE Euro-Americas Corporation (collectively, "LINE Defendants") (Dkt. 135);

WHEREAS, on November 3, 2023, the Court set default briefing deadlines for the Motion, with Plaintiffs' opposition due on November 16, 2023, and NAVER and SNOW Defendants' reply due on November 24, 2023;

WHEREAS, a hearing on the Motion is set for January 25, 2024;

WHEREAS, in light of the upcoming Thanksgiving holiday on November 23, 2023 (including the closure of counsel for NAVER and SNOW Defendants' office on Friday, November 24, 2023, the day the reply brief is currently due) and counsels' preexisting obligations, counsel met and conferred by email and agreed that a modest extension of time for both parties is reasonable and will promote efficiency;

NOW, THEREFORE, the parties hereby STIPULATE AND AGREE that:

1. Plaintiffs' opposition to NAVER and SNOW Defendants' Motion will be filed no later than November 21, 2023.
2. NAVER and SNOW Defendants' reply in support of their Motion will be filed no later than December 4, 2023.
3. The hearing on the Motion will be held on January 25, 2024, as currently noticed.

| | | |
|---|---|---|
| 1 | DATED:  November 8, 2023 | LATHAM & WATKINS LLP |

*/s/ Melanie M. Blunschi*
Michael H. Rubin  (CA Bar No. 214636)
   michael.rubin@lw.com
Melanie M. Blunschi (CA Bar No. 234264)
   melanie.blunschi@lw.com
Joseph C. Hansen (CA Bar No. 275147)
   joseph.hansen@lw.com
Francis J. Acott (CA Bar No. 331813)
   francis.acott@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  +1.415.391.0600
Facsimile:  +1.415.395.8095

*Attorneys for Defendants NAVER Corporation, NAVER Cloud Corporation, NAVER Cloud America Inc., SNOW Corporation, and SNOW Inc.*

DATED:  November 8, 2023        GLANCY PRONGAY & MURRAY LLP

*/s/ Jonathan M. Rotter*
Kara M. Wolke (CA Bar No. 241521)
Marc L. Godino (CA Bar No. 182689)
Jonathan M. Rotter (CA Bar No. 234137)
Raymond D. Sulentic (CA Bar No. 316913)
Pavithra Rajesh (CA Bar No. 323055)
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: *info@glancylaw.com*

BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG & RHOW P.C.
Ekwan E. Rhow (CA Bar No. 174604)
   erhow@birdmarella.com
Thomas R. Freeman (CA Bar No. 135392)
   tfreeman@birdmarella.com
Marc E. Masters (CA Bar No 208375)
   mmasters@birdmarella.com
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

*Attorneys for Plaintiffs*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION FOR CERTIFICATION OF INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b).  Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Melanie M. Blunschi, attest that concurrence in the filing of this document has been obtained.

DATED:  November 8, 2023  /s/ *Melanie M. Blunschi*
Melanie M. Blunschi

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  11/14/2023

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge