UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYDNEY JI, et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>NAVER CORPORATION, et al.,<br><br>        Defendants. | Case No. 21-cv-05143-HSG<br><br>**ORDER REGARDING THE PARTIES' STIPULATION CONCERNING CLARIFICATION OF THE COURT'S OCTOBER 3, 2023 ORDER (DKT. NO. 128)**<br><br>Re: Dkt. No. 155 |

Pending before the Court is the parties' Stipulation Regarding Clarification of the October 3, 2023 Order and Concurrent Withdrawal of Plaintiffs' Motion for Partial Clarification and/or Reconsideration of the October 3, 2023 Order ("Stipulation"). Dkt. No. 155. In light of the Stipulation, the Court hereby **MODIFIES** its October 3, 2023 order (Dkt. No. 128) granting in part and denying in part Defendants' motions to dismiss as follows (with new language *italicized*):

> Dkt. No. 128 at 15:5-6: "The Court DISMISSES Plaintiffs' claims as to the SNOW Defendants *only with respect to allegations regarding LINE Messenger and not with respect to allegations regarding B612*, WITH LEAVE TO AMEND, and DENIES Defendants' motion to dismiss as to the remainder *of their traceability arguments.*"

The Court further **DIRECTS** Plaintiffs to withdraw by December 7, 2023 their Motion for Leave to File Motion for Partial Clarification and/or Reconsideration of the Order Granting in Part and Denying in Part Motions to Dismiss, Dkt No. 145.

This order **TERMINATES AS MOOT** the Stipulation, Dkt. No. 155.

**IT IS SO ORDERED.**

Dated: 12/5/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge