GLANCY PRONGAY & MURRAY LLP
Kara M. Wolke (CA Bar No. 241521)
Marc L. Godino (CA Bar No. 182689)
Jonathan M. Rotter (CA Bar No. 234137)
Raymond D. Sulentic (CA Bar No. 316913)
Pavithra Rajesh (CA Bar No. 323055)
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: *info@glancylaw.com*

*Attorneys for Plaintiffs*

*[Additional Counsel on Signature Page]*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Sydney Ji, Lee Shubert, Kira Tomlinson, Ranela Sunga, and Stefanie Bonner, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NAVER CORPORATION, a corporation; NAVER CLOUD CORPORATION, a corporation; NAVER CLOUD AMERICA INC. f/k/a NAVER BUSINESS PLATFORM AMERICA INC., a corporation; SNOW CORPORATION, a corporation; SNOW INC., a corporation; Z HOLDINGS CORPORATION, a corporation; LINE CORPORATION, a corporation; LINE PLUS CORPORATION, a corporation; and LINE EURO-AMERICAS CORPORATION, a corporation. ,<br><br>Defendant. | CASE NO. 4:21-cv-05143-HSG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DEADLINES FOR JOINT STATEMENT ON JURISDICTIONAL DISCOVERY**<br><br>Hon. Magistrate Judge Alex G. Tse, Courtroom A |

## STIPULATION

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Sydney Ji, Lee Shubert, Kira Tomlinson, Ranela Sunga, and Stefanie Bonner; Defendants NAVER Corporation ("NAVER") and NAVER Cloud Corporation ("NCC") (collectively, "Korean NAVER Defendants"); and Defendants Z Holdings Corporation, LINE Corporation, and LINE Plus Corporation (collectively, "foreign LINE Defendants") hereby stipulate and agree as follows:

WHEREAS, on November 30, 2023, the Court held a hearing regarding the scope and timing of jurisdictional discovery, and ordered the parties to prepare a further joint statement on their positions regarding the scope of jurisdictional discovery by December 13, 2023 (Dkt. 151);

WHEREAS, the parties exchanged their initial positions on the issues as requested by the Court, met and conferred via telephone on December 11, 2023, and are continuing to engage in good faith discussions regarding the scope of jurisdictional discovery (Declaration of Marc E. Masters attached hereto, ¶ 2);

WHEREAS, the parties subsequently sought and received a short extension to December 18, 2023 (Dkt. 166), and continued to revise their positions and to correspond in good faith regarding the scope of jurisdictional discovery (Masters Decl., ¶ 3);

WHEREAS, the parties believe it would be productive to continue to meet and confer regarding the scope and timing of jurisdictional discovery before submitting their joint statement in an attempt to reach compromise and/or narrow any remaining disputes. Accordingly, the parties request a short extension to December 20, 2023, to provide additional time to meet and confer in furtherance of reaching additional agreement on the scope of jurisdictional discovery (Masters Decl., ¶ 4);

WHEREAS, this extended briefing schedule will have no impact on the case schedule for the above-captioned matter (Masters Decl. ¶ 6);

**NOW, THEREFORE**, Plaintiffs, the Korean NAVER Defendants, and the foreign LINE Defendants hereby stipulate, through their respective counsel, subject to Court approval, that the further joint statement will be filed no later than December 20, 2023.

**IT IS SO STIPULATED**

DATED:  December 18, 2023

BIRD MARELLA BOXER WOLPERT NESSIM DROOKS LINCENBERG & RHOW P.C.

*/s/ Marc E. Masters*

Ekwan E. Rhow (CA Bar No. 174604)
  *erhow@birdmarella.com*
Thomas R. Freeman (CA Bar No. 135392)
  *tfreeman@birdmarella.com*
Marc E. Masters (CA Bar No 208375)
  *mmasters@birdmarella.com*
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Kara M. Wolke (CA Bar No. 241521)
Marc L. Godino (CA Bar No. 182689)
Jonathan M. Rotter (CA Bar No. 234137)
Raymond D. Sulentic (CA Bar No. 316913) Pavithra Rajesh (CA Bar No. 323055)
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: *info@glancylaw.com*

Lesley E. Weaver (SBN 191305)
  *lweaver@bfalaw.com*
Joshua D. Samra (SBN 313050)
  *jsamra@bfalaw.com*
BLEICHMAR FONTI & AULD LLP
1330 Broadway, Suite 630
Oakland, CA 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

*Attorneys for Plaintiffs*

3

Case No. 3:21-CV-05143-HSG

STIPULATION AND [~~PROPOSED~~] ORDER

1

2    DATED: December 18, 2023                MORRISON & FOERSTER LLP

3                                            /s/ Purvi G. Patel
                                             Tiffany Cheung (CA Bar No. 211497)
4                                               tcheung@mofo.com
                                             Camila A. Tapernoux (CA Bar No. 299289)
5                                               ctapernoux@mofo.com
                                             Anissa Chitour (CA Bar No. 341926)
6                                               achitour@mofo.com
                                             425 Market Street
7                                            San Francisco, California 94105-2482
                                             Telephone:  +1.415.268.7000
8                                            Facsimile:  +1.415.268.7522

9                                            Purvi G. Patel (CA Bar No. 270702)
                                                ppatel@mofo.com
10                                           Matthew E. Ladew (CA Bar No. 318215)
                                                mladew@mofo.com
11                                           707 Wilshire Boulevard
                                             Los Angeles, California 90017-3543
12                                           Telephone:  +1.213.892.5200
                                             Facsimile:  +1.213.892.5454
13
                                             Michael G. Ahern (pro hac vice)
14                                              mahern@mofo.com
                                             250 West 55th Street
15                                           New York, NY 10019-9601
                                             Telephone:  +1.212.468.8000
16                                           Facsimile:  +1.212.468.7900

17                                           Attorneys for Specially Appearing Defendants Z
                                             Holdings Corporation, LINE Corporation, and
18                                           LINE PLUS Corporation, and Defendant LINE
                                             Euro-Americas Corporation
19

20

21

22

23

24

25

26

27

28

STIPULATION AND [~~PROPOSED~~] ORDER

DATED:  December 18, 2023

LATHAM & WATKINS LLP

*/s/ Melanie M. Blunschi*
Michael H. Rubin (CA Bar No. 214636)
    *michael.rubin@lw.com*
Melanie M. Blunschi (CA Bar No. 234264)
    *melanie.blunschi@lw.com*
Joseph C. Hansen (CA Bar No. 275147)
    *joseph.hansen@lw.com*
Francis J. Acott (CA Bar No. 331813)
    *francis.acott@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants NAVER Corporation,*
*NAVER Cloud Corporation, NAVER Cloud*
*America Inc., SNOW Corporation, and*
*SNOW Inc.*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Extending Deadlines for Joint Statement on Jurisdictional Discovery.  Pursuant to L.R 5-1(i)(3) regarding signatures, I, Marc E. Masters, attest that concurrence in the filing of this document has been obtained.


DATED:  December 18, 2023                    */s/ Marc E. Masters*
                                                          Marc E. Masters



**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated: December 19, 2023 _____

                                                     Hon. Alex G. Tse
                                                     United States Magistrate Judge