Ekwan E. Rhow - State Bar No. 174604
　　erhow@birdmarella.com
Thomas R. Freeman - State Bar No. 135392
　　tfreeman@birdmarella.com
Marc E. Masters - State Bar No. 208375
　　mmasters@birdmarella.com
Cameron R. Partovi – State Bar No. 319589
　　cpartovi@birdmarella.com
BIRD, MARELLA, RHOW, LINCENBERG,
DROOKS & NESSIM, LLP
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Sydney Ji, Lee Shubert, Kira Tomlinson, Ranela Sunga, and Stefanie Bonner, individually and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>NAVER CORPORATION, a corporation; NAVER CLOUD CORPORATION, a corporation; NAVER CLOUD AMERICA INC. f/k/a NAVER BUSINESS PLATFORM AMERICA INC., a corporation; SNOW CORPORATION, a corporation; SNOW INC., a corporation; Z HOLDINGS CORPORATION, a corporation; LINE CORPORATION, a corporation; LINE PLUS CORPORATION, a corporation; and LINE EURO-AMERICAS CORPORATION, a corporation.,<br><br>　　　　　　Defendant. | CASE NO. 4:21-cv-05143-HSG<br><br>**STIPULATION AND ORDER REGARDING DEADLINE FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT**<br><br>Hon. Haywood S. Gilliam, Jr. |

# STIPULATION

Plaintiffs Sydney Ji, Lee Shubert, Kira Tomlinson, Ranela Sunga, and Stefanie Bonner (collectively, "Plaintiffs"); Defendants NAVER Corporation, NAVER Cloud Corporation, NAVER Cloud America Inc. (collectively, "NAVER Defendants"); SNOW Corporation and SNOW Inc. (collectively, "SNOW Defendants"); Z Holdings Corporation, LINE Corporation, LINE Plus Corporation and LINE Euro-Americas Corporation (collectively, "LINE Defendants," and together with the NAVER Defendants and SNOW Defendants, "Defendants"), hereby stipulate and agree, pursuant to Civil Local Rules 6-2 and 7-12, as follows:

WHEREAS, on October 18, 2023, the Court entered the parties' October 17, 2023, Stipulation to Extend Deadline to Respond to Second Amended Complaint ("October 17 Stipulation"), which provided in relevant part that "[t]he deadline for Plaintiffs to file their Second Amended Complaint will be 21 days following conclusion of the jurisdictional discovery period," Dkt. 131 at 3;

WHEREAS, Plaintiffs, NAVER Corporation and NAVER Cloud Corporation ("Korean NAVER Defendants"), and Z Holdings Corporation, LINE Corporation, and LINE Plus Corporation ("Foreign LINE Defendants") are engaged in jurisdictional discovery and are continuing to meet and confer about certain jurisdictional discovery;

WHEREAS, certain of Korean NAVER Defendants and Foreign LINE Defendants are preparing submissions of errata to their witnesses' jurisdictional discovery deposition transcripts;

WHEREAS, counsel for all Parties have met and conferred and believe it would be helpful to clarify that, when submitting their October 17 Stipulation, they intended that the jurisdictional discovery period would "conclude" for purposes of Plaintiffs' filing deadline once the Court has resolved any jurisdictional discovery disputes and all jurisdictional discovery, whether by agreement or Court order, has been completed, including Korean NAVER Defendants and Foreign LINE Defendants' errata to their witnesses' jurisdictional discovery deposition transcripts;

NOW THEREFORE, the parties hereby STIPULATE AND AGREE that:

1      1. The deadline for Plaintiffs to file their Second Amended Complaint will be 21
days after the conclusion of the jurisdictional discovery period, which shall not be
concluded until:

      a. the Court has resolved any jurisdictional discovery disputes and all jurisdictional discovery, whether by agreement or Court order, has been completed; and

      b. Korean NAVER Defendants and Foreign LINE Defendants submit errata, if any, to their witnesses' jurisdictional discovery deposition transcripts.

2. None of the other stipulated deadlines outlined in the Courts' Order to Extend Deadline to Respond to Second Amended Complaint (Dkt. 131) shall be modified.

**IT IS SO STIPULATED.**

Dated: June 7, 2024

GLANCY PRONGAY & MURRAY LLP

By: */s/ Jonathan Rotter*
Kara M. Wolke (CA Bar No. 241521)
kwolke@glancylaw.com
Marc L. Godino (CA Bar No. 182689)
mgodino@glancylaw.com
Jonathan M. Rotter (CA Bar No. 234137)
jrotter@glancylaw.com
Raymond D. Sulentic (CA Bar No. 316913)
rsulentic@glancylaw.com
Pavithra Rajesh (CA Bar No. 323055)
prajesh@glancylaw.com
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP
Ekwan E. Rhow (CA Bar No. 174604)
erhow@birdmarella.com
Thomas R. Freeman (CA Bar No. 135392)
tfreeman@birdmarella.com
Marc E. Masters (CA Bar No. 208375)
mmasters@birdmarella.com

Cameron R. Partovi (CA Bar No. 319589)
*cpartovi@birdmarella.com*
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

BLEICHMAR FONTI & AULD LLP
Lesley E. Weaver (SBN 191305)
*lweaver@bfalaw.com*
Joshua D. Samra (SBN 313050)
*jsamra@bfalaw.com*
1330 Broadway, Suite 630
Oakland, CA 94612
Telephone: (415) 445-4003
Facsimile: (415) 445-4020

DICELLO LEVITT LLP
Amy E. Keller (admitted pro hac vice)
*akeller@dicellolevitt.com*
Nada Djordjevic (admitted pro hac vice)
*ndjordjevic@dicellolevitt.com*
Ten North Dearborn Street Sixth Floor
Chicago, Illinois 60602
Telephone: (312) 214-7900

COHEN WILLIAMS LLP
Marc S. Williams (SBN 198913
 mwilliams@cohen-williams.com
Youngbin Son (SBN 324547
 yson@cohen-williams.com
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Telephone:  (213) 232-5162

*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 1 | Dated: June 7, 2024 | LATHAM & WATKINS LLP |
| 2 | | */s/ Nicole C. Valco* |
| 3 | | Michael H. Rubin (CA Bar No. 214636) |
| | | *michael.rubin@lw.com* |
| 4 | | Melanie M. Blunschi (CA Bar No. 234264) |
| | | *melanie.blunschi@lw.com* |
| 5 | | Nicole C. Valco (CA Bar No. 258506) |
| | | *nicole.valco@lw.com* |
| 6 | | Francis J. Acott (CA Bar No. 331813) |
| 7 | | *francis.acott@lw.com* |
| | | 505 Montgomery Street, Suite 2000 |
| 8 | | San Francisco, California 94111-6538 |
| | | Telephone: +1.415.391.0600 |
| 9 | | Facsimile: +1.415.395.8095 |
| 10 | | |
| | | *Attorneys for Defendants NAVER Corporation,* |
| 11 | | *NAVER Cloud Corporation, NAVER Cloud America Inc., SNOW Corporation, and SNOW Inc.* |
| 12 | | |
| 13 | Dated: June 7, 2024 | MORRISON & FOERSTER LLP |
| 14 | | */s/ Camila A. Tapernoux* |
| | | Tiffany Cheung (CA Bar No. 211497) |
| 15 | | *tcheung@mofo.com* |
| 16 | | Camila A. Tapernoux (CA Bar No. 299289) |
| | | *ctapernoux@mofo.com* |
| 17 | | Anissa Chitour (CA Bar No. 341926) |
| | | *achitour@mofo.com* |
| 18 | | 425 Market Street |
| 19 | | San Francisco, California 94105-2482 |
| | | Telephone: +1.415.268.7000 |
| 20 | | Facsimile: +1.415.268.7522 |
| 21 | | Purvi G. Patel (CA Bar No. 270702) |
| | | *ppatel@mofo.com* |
| 22 | | 707 Wilshire Boulevard |
| | | Los Angeles, California 90017-3543 |
| 23 | | Telephone: +1.213.892.5200 |
| 24 | | Facsimile: +1.213.892.5454 |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

STIPULATION AND ORDER REGARDING DEADLINE FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT
Case No. 4:21-cv-05143-HSG
4

1  
2  
3  
4  
           Michael G. Ahern (pro hac vice)  
           mahern@mofo.com  
           250 West 55th Street  
           New York, NY 10019-9601  
           Telephone: +1.212.468.8000  
           Facsimile: +1.212.468.7900  

5  
6  
*Attorneys for Specially Appearing Defendants Z Holdings Corporation, LINE Corporation, and LINE Plus Corporation*

7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

STIPULATION AND ORDER REGARDING DEADLINE FOR PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT  
Case No. 4:21-cv-05143-HSG  
5

**SIGNATURE ATTESTATION**

I am the ECF user whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Regarding Deadline for Plaintiffs to File Second Amended Complaint. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Jonathan Rotter, attest that concurrence in the filing of this document has been obtained from each of the other signatories of this document.

DATED: June 7, 2024

*/s/ Jonathan Rotter*
Jonathna Rotter

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/10/2024

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge