Jonathan M. Rotter – State Bar No. 234137
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Tel.: (310) 201-9150
info@glancylaw.com

Amy E. Keller (admitted *pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214.7900
akeller@dicellolevitt.com

Marc E. Masters – State Bar No. 208375
**BIRD MARELLA RHOW LINCENBERG DROOKS & NESSIM LLP**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Tel.: (310) 201-2100
mmasters@birdmarella.com

Youngbin Son – State Bar No. 324547
**COHEN WILLIAMS LLP**
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Tel: 213-232-5162
yson@cohen-williams.com

Lesley E. Weaver – State Bar No. 191305
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, California 94612
Tel. (415) 445-4003
lweaver@bfalaw.com

*Attorneys for Plaintiffs and the Putative Class*
*Additional Counsel Appear on Signature Block*
*[Additional Counsel on Signature Page]*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

Sydney Ji, Lee Shubert, Kira Tomlinson, Ranela Sunga, and Stefanie Bonner, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NAVER CORPORATION, a corporation; NAVER CLOUD CORPORATION, a corporation, NAVER CLOUD AMERICA INC. f/k/a NAVER BUSINESS PLATFORM AMERICA INC., a corporation; SNOW CORPORATION, a corporation; SNOW INC., a corporation; Z HOLDINGS CORPORATION, a corporation; LINE CORPORATION, a corporation; LINE PLUS CORPORATION, a corporation; and LINE EURO-AMERICAS CORPORATION, a corporation,

Defendants.

Case No. 4:21-cv-05143-HSG

**STIPULATION AND ORDER REGARDING LEAVE TO ADD A PLAINTIFF IN THE SECOND AMENDED COMPLAINT**

Hon. Haywood S. Gilliam, Jr.

By and through their undersigned counsel, Plaintiffs Ranela Sunga and Stefanie Bonner (collectively, "Plaintiffs") and Defendants NAVER Corporation, NAVER Cloud Corporation, NAVER Cloud America Inc. (collectively, the "NAVER Defendants"); SNOW Corporation, and SNOW Inc. (collectively, the "SNOW Defendants"); and Defendants Z Holdings Corporation, LINE Corporation, LINE Plus Corporation, and LINE Euro-Americas Corporation (collectively, the "LINE Defendants," and together with the NAVER and SNOW Defendants, "Defendants") hereby stipulate and agree as follows:[1]

WHEREAS, on October 28, 2022, Plaintiffs filed the First Amended Complaint (Dkt. 100);

WHEREAS, on December 15, 2022, Defendants moved to dismiss the First Amended Complaint (Dkts. 108, 115);

WHEREAS, on October 10, 2023, the Court granted in part and denied in part Defendants' Motions to Dismiss the First Amended Complaint (Dkt. 128), granting Plaintiffs leave to amend certain claims and to take jurisdictional discovery;

WHEREAS, Plaintiffs intend to file a Second Amended Complaint;

WHEREAS, the deadline for Plaintiffs to file their Second Amended Complaint is 21 days following conclusion of the jurisdictional discovery period (Dkt. 131, 238);

WHEREAS, on August 26, 2024, former Plaintiff Lee Shubert filed a notice of voluntary dismissal without prejudice (Dkt. 246);

WHEREAS, on August 28, 2024, former Plaintiff Sydney Ji filed a notice of voluntary dismissal without prejudice (Dkt. 248);

WHEREAS, on October 31, 2024, former Plaintiff Kira Tomlinson filed a notice of voluntary dismissal without prejudice (Dkt. 253);

WHEREAS, on November 1, 2024, the NAVER and SNOW Defendants suggested that any remaining jurisdictional discovery related to LINE Messenger was mooted by Ms. Tomlinson's

[1] The NAVER Defendants, Z Holdings Corporation, and LINE Corporation join this Stipulation and [Proposed] Order subject to and without waiving their personal jurisdiction defenses.

dismissal, as Ms. Tomlinson was the only remaining plaintiff that alleged claims related to LINE Messenger;

WHEREAS, Plaintiffs intend to seek leave to add a new plaintiff, Senna Chanel Chen, in their forthcoming Second Amended Complaint;

WHEREAS, the parties agree that the addition of Ms. Chen would moot any dispute about the scope of Defendants' jurisdictional discovery responses arising out of Ms. Tomlinson's dismissal;

WHEREAS, to avoid motion practice concerning adding Ms. Chen as a Plaintiff prior to the Second Amended Complaint, Plaintiffs proposed this stipulation;

WHEREAS, Plaintiffs have represented that Ms. Chen is the only new plaintiff that they are planning to substitute at this time;

WHEREAS, Ms. Chen has agreed to respond to Defendants' pending discovery requests by the business day following execution of this Stipulation;

WHEREAS, Defendants have agreed to treat the existing merits and jurisdictional discovery requests as if they had been propounded by Ms. Chen along with the other Plaintiffs;

WHEREAS, counsel for all Parties have met and conferred and agree that, in light of the foregoing agreements, it would promote efficiency and conserve judicial and party resources for the Parties to stipulate that it is not necessary for Plaintiffs to move for leave to formally add Ms. Chen as a named plaintiff prior to the forthcoming Second Amended Complaint; and

WHEREAS, Defendants reserve all of their rights and defenses, including to challenge Ms. Chen's claims should she be added to the case.

NOW, THEREFORE, the Parties hereby STIPULATE AND AGREE, subject to approval by the Court, that Plaintiffs are granted leave to add Ms. Chen as a named plaintiff in their forthcoming Second Amended Complaint, and that all parties will treat her as a party to the case for discovery purposes until that time.

DATED: January 10, 2025

GLANCY PRONGAY & MURRAY LLP

*/s/ Jonathan M. Rotter*

Jonathan M. Rotter (CA Bar No. 234137)
Raymond D. Sulentic (CA Bar No. 316913)
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: *info@glancylaw.com*

BIRD, MARELLA, RHOW, LINCENBERG, DROOKS & NESSIM, LLP
Ekwan E. Rhow (CA Bar No. 174604)
*erhow@birdmarella.com*
Marc E. Masters (CA Bar No 208375)
*mmasters@birdmarella.com*
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

COHEN WILLIAMS LLP
Youngbin Son – State Bar No. 324547
*yson@cohen-williams.com*
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Tel: 213-232-5162
Fax: 213-232-5167

BLEICHMAR FONTI & AULD LLP
Lesley E. Weaver – State Bar No. 191305
*lweaver@bfalaw.com*
Joshua Samra – State Bar No. 313050
*jsamra@bfalaw.com*
1330 Broadway, Suite 630
Oakland, California 94612
Tel.: (415) 445-4003
Fax.: (415) 445-4020

DICELLO LEVITT LLP
Amy E. Keller (admitted pro hac vice)
*akeller@dicellolevitt.com*
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214.7900

*Attorneys for Plaintiffs*

DATED: January 10, 2025

LATHAM & WATKINS LLP

*/s/ Michael H. Rubin*

Michael H. Rubin (CA Bar No. 214636)
*michael.rubin@lw.com*
Melanie M. Blunschi (CA Bar No. 234264)
*melanie.blunschi@lw.com*
Nicole C. Valco (CA Bar No. 258506)
*nicole.valco@lw.com*
Francis J. Acott (CA Bar No. 331813)
*francis.acott@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095

*Attorneys for Defendants NAVER Corporation, NAVER Cloud Corporation, NAVER Cloud America Inc., SNOW Corporation, and SNOW Inc.*

DATED: January 10, 2025

MORRISON & FOERSTER LLP

*/s/ Tiffany Cheung*

Tiffany Cheung (CA Bar No. 211497)
*tcheung@mofo.com*
Camila A. Tapernoux (CA Bar No. 299289)
*ctapernoux@mofo.com*
Anissa Chitour (CA Bar No. 341926)
*achitour@mofo.com*
425 Market Street
San Francisco, California 94105-2482
Telephone: +1.415.268.7000
Facsimile: +1.415.268.7522

Purvi G. Patel (CA Bar No. 270702)
*ppatel@mofo.com*
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: +1.213.892.5200
Facsimile: +1.213.892.5454

Michael G. Ahern (pro hac vice)
*mahern@mofo.com*
250 West 55th Street
New York, NY 10019-9601
Telephone: +1.212.468.8000
Facsimile: +1.212.468.7900

*Attorneys for Defendants Z Holdings Corporation, LINE Corporation, LINE Plus Corporation, and LINE Euro-Americas Corporation*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Regarding Leave to Add a Plaintiff in the Second Amended Complaint. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Jonathan M. Rotter, attest that concurrence in the filing of this document has been obtained.

DATED: January 10, 2025

*/s/ Jonathan M. Rotter*
Jonathan M. Rotter

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/13/2025

Hon. Haywood S. Gilliam, Jr.
United States District Judge