Jonathan M. Rotter – State Bar No. 234137
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Tel.: (310) 201-9150
Fax.: (310) 201-9160
info@glancylaw.com

Amy E. Keller (admitted *pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214.7900
akeller@dicellolevitt.com

Marc E. Masters – State Bar No. 208375
**BIRD, MARELLA, RHOW, LINCENBERG,
DROOKS & NESSIM, LLP**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Tel.: (310) 201-2100
Fax.: (310) 201-2110
mmasters@birdmarella.com

M. Cristopher Santos – State Bar No. 306346
**COHEN WILLIAMS LLP**
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Tel: 213-232-5162
Fax: 213-232-5167
csantos@cohen-williams.com

Lesley E. Weaver – State Bar No. 191305
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, California 94612
Tel. (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Attorneys for Plaintiffs and the Putative Class
Additional Counsel Appear on Signature Block*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| Ranela Sunga and Stefanie Bonner, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> NAVER CORPORATION, a corporation; NAVER CLOUD CORPORATION, a corporation; NAVER CLOUD AMERICA INC. f/k/a NAVER BUSINESS PLATFORM AMERICA INC., a corporation; SNOW CORPORATION, a corporation; SNOW INC., a corporation; Z HOLDINGS CORPORATION, a corporation; LINE CORPORATION, a corporation; LINE PLUS CORPORATION, a corporation; and LINE EURO-AMERICAS CORPORATION, a corporation. <br><br> Defendants. | Case No. 4:21-cv-05143-HSG <br><br> **STIPULATION AND ORDER** <br><br> **(1) AUTHORIZING CONSOLIDATED ADMINISTRATIVE MOTIONS TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED; AND** <br><br> **(2) GRANTING DEFENDANTS ADDITIONAL TIME TO COMPLY WITH L.R. 79-5(f)(3)** <br><br> Judge: Hon. Haywood S Gilliam, Jr. |

Plaintiffs Ranela Sunga and Stefanie Bonner (collectively, "Plaintiffs") and Defendants NAVER Corporation, NAVER Cloud Corporation, NAVER Cloud America Inc., SNOW Corporation, SNOW Inc., Z Holdings Corporation, LINE Corporation, LINE Plus Corporation, and LINE Euro-Americas Corporation (collectively, "Defendants," and together with Plaintiffs, "Parties") hereby stipulate and agree, pursuant to Civil Local Rule 7-12, as follows:[1]

**WHEREAS**, Civil Local Rule 79-5(f) provides that a filing party seeking to seal a document on the basis that it has been designated as confidential by another party or non-party must file an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ("Administrative Motion to Seal Another Party's Material");

**WHEREAS**, Local Civil Rule 79-5(f)(5) further states that "[i]n the event a single document contains various portions that more than one party bears the burden of showing is sealable, the filing party must file separate motions pursuant to 79-5(c) [for Administrative Motions to Seal] and 79-5(f) [for Administrative Motions to Seal Another Party's Material] as appropriate";

**WHEREAS**, the Parties expect that Plaintiffs' Second Amended Complaint ("SAC") and briefing on any motions to dismiss the SAC may contain information that has been designated confidential by more than one other party;

**WHEREAS**, under Local Civil Rule 79-5(f)(5), the filing Party would have to concurrently file multiple separate Administrative Motions to Seal under such circumstances;

**WHEREAS**, given that there are multiple Plaintiffs and nine Defendants, the Parties believe that the filing of multiple separate Administrative Motions to Seal Another Party's Material for a single pleading or document will needlessly consume judicial and party resources;

**WHEREAS**, in the event that Plaintiffs' SAC and/or briefing on any motions to dismiss the SAC contain information designated as confidential by more than one other party or non-party, the Parties agree that the filing Party may file a single consolidated Administrative Motion to Seal Another Party's Material;

---

[1] The NAVER Defendants, Z Holdings Corporation, and LINE Corporation join this Stipulation and [Proposed] Order subject to and without waiving their personal jurisdiction defenses.

**WHEREAS**, in the event that a party files a consolidated Administrative Motion to Seal Another Party's Material in connection with Plaintiffs' SAC and/or briefing on any motions to dismiss the SAC, the Parties agree that the designating parties shall have 21 days to file a statement and/or declaration pursuant to Rule 79-5(f)(3); and

**WHEREAS**, the Parties agree that this Stipulation is limited to the SAC and/or briefing on any motions to dismiss the SAC and shall not alter the default rules provided by Civil Local Rule 79-5(f) for future filings in the case.

**NOW, THEREFORE**, the Parties hereby **STIPULATE AND AGREE** that, subject to court approval, that the following procedures shall govern any Administrative Motions to Seal Another Party's Material pursuant to Civil Local Rule 79-5(f) filed in connection with the SAC and any briefing on motions to dismiss the SAC:

1. The filing Party may file a single, consolidated Administrative Motion to Seal Another Party's Material in the event that the pleading or document contains portions that more than one party designated as confidential; and

2. With respect to any such consolidated Administrative Motion to Seal Another Party's Material, the designating parties shall have 21 days to file a statement and/or declaration pursuant to Local Civil Rule 79-5(f)(3).

**IT IS SO STIPULATED.**

DATED:  May 8, 2025

By: */s/ Martin J. Cristopher Santos*

Martin J. Cristopher Santos – State Bar No. 306346
  *csantos@cohen-williams.com*
Marc S. Williams – State Bar No. 198913
  *mwilliams@cohen-williams.com*
**COHEN WILLIAMS LLP**
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Tel: 213-232-5162
Fax: 213-232-5167

Jonathan M. Rotter – State Bar No. 234137
Raymond D. Sulentic – State Bar No. 316913
Holly K. Nye – State Bar No. 355966
  *info@glancylaw.com*

1

**GLANCY PRONGAY & MURRAY LLP**

2

1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561

3

Telephone: (310) 201-9150

4

Lesley E. Weaver – State Bar No. 191305
    lweaver@bfalaw.com

5

Joshua D. Samra – State Bar No. 313050
    jsamra@bfalaw.com

6

**BLEICHMAR FONTI & AULD LLP**

7

1330 Broadway, Suite 630
Oakland, CA 94612

8

Telephone: (415) 445-4003
Facsimile: (415) 445-4020

9

10

Ekwan E. Rhow – State Bar No. 174604
    erhow@birdmarella.com

11

Marc E. Masters – State Bar No. 208375
    mmasters@birdmarella.com

12

**BIRD MARELLA BOXER WOLPERT NESSIM
DROOKS LINCENBERG & RHOW P.C.**

13

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561

14

Telephone: (310) 201-2100
Facsimile: (310) 201-2110

15

16

Nada Djordjevic (admitted pro hac vice)
    ndjordjevic@dicellolevitt.com

17

**DICELLO LEVITT LLP**

18

Ten North Dearborn Street Sixth Floor
Chicago, Illinois 60602

19

Tel. (312) 214-7900

20

*Attorneys for Plaintiffs and the Putative Class*

21

DATED:  May 8, 2025            **MORRISON & FOERSTER LLP**

22

23

By: */s/ Purvi G. Patel*
Purvi G. Patel (CA Bar No. 270702)

24

    ppatel@mofo.com
707 Wilshire Boulevard

25

Los Angeles, California 90017-3543
Telephone: +1.213.892.5200

26

Facsimile: +1.213.892.5454

27

Camila A. Tapernoux (CA Bar No. 299289)

28

    ctapernoux@mofo.com

Anissa Chitour (CA Bar No. 341926)
  achitour@mofo.com
425 Market Street
San Francisco, California 94105-2482
Telephone: +1.415.268.7000
Facsimile: +1.415.268.7522

Michael G. Ahern (pro hac vice)
  mahern@mofo.com
250 West 55th Street
New York, NY 10019-9601
Telephone: +1.212.468.8000
Facsimile: +1.212.468.7900

Yuka Teraguchi (CA Bar No. 260541)
  yteraguchi@mofo.com
Shin-Marunouchi Building, 29th Floor 5-1
Marunouchi 1-Chome
Chiyoda-ku, Tokyo 100-6529 Japan
Telephone: 81-3-3214-6522

*Attorneys for Defendants LINE PLUS Corporation and Defendant LINE Euro-Americas Corporation and Specially Appearing Defendants Z Holdings Corporation and LINE Corporation*

DATED:  May 8, 2025                **LATHAM & WATKINS LLP**


By: */s/ Melanie M. Blunschi*
Michael H. Rubin – State Bar No. 214636
  michael.rubin@lw.com
Melanie M. Blunschi – State Bar No. 234264
  melanie.blunschi@lw.com
Nicole C. Valco – State Bar No. 258506
  Nicole.valco@lw.com
Francis J. Acott – State Bar No. 331813
  Francis.acott@lw.com
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600

*Attorneys for Defendants Naver Corporation Naver Cloud Corporation, Naver Cloud America Inc., SNOW Corporation, and SNOW Inc.*

1

## SIGNATURE ATTESTATION

2        I am the ECF User whose identification and password are being used to file the foregoing

3    **STIPULATION AND [PROPOSED] ORDER.**  Pursuant to L.R. 5-1(i)(3) regarding signatures, I,

4    Martin J. Cristopher Santos, attest that concurrence in the filing of this document has been obtained.

5

6    DATED:  May 8, 2025

                         By: */s/ Martin J. Cristopher Santos*

7                                 Martin J. Cristopher Santos

8

9        PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

10

11   Dated:  5/8/2025

12                            By:

13                            Honorable Haywood S Gilliam, Jr.

                         United States District Court Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 4:21-cv-05143-HSG

STIPULATION AND ORDER RE ADMINISTRATIVE MOTIONS TO SEAL