Jonathan M. Rotter – State Bar No. 234137
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Tel.: (310) 201-9150
Fax.: (310) 201-9160
info@glancylaw.com

Marc E. Masters – State Bar No. 208375
**BIRD MARELLA RHOW LINCENBERG DROOKS & NESSIM LLP**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Tel.: (310) 201-2100
Fax.: (310) 201-2110
mmasters@birdmarella.com

Lesley E. Weaver – State Bar No. 191305
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, California 94612
Tel. (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Nada Djordjevic (admitted *pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214.7900
ndjordjevic@dicellolevitt.com

Martin J. Christopher Santos – State Bar No. 306346
**COHEN WILLIAMS LLP**
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Tel: (213) 232-5162
Fax: (213) 232-5167
csantos@cohen-williams.com

*Attorneys for Plaintiffs and the Putative Class*
*Additional Counsel Appear on Signature Block*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| Sydney Ji, Lee Shubert, Kira Tomlinson, Ranela Sunga, and Stefanie Bonner, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAVER CORPORATION, a corporation; NAVER CLOUD CORPORATION, a corporation, NAVER CLOUD AMERICA INC. f/k/a NAVER BUSINESS PLATFORM AMERICA INC., a corporation; SNOW CORPORATION, a corporation; SNOW INC., a corporation; Z HOLDINGS CORPORATION, a corporation; LINE CORPORATION, a corporation; LINE PLUS CORPORATION, a corporation; and LINE EURO-AMERICAS CORPORATION, a corporation,<br><br>Defendants. | Case No. 4:21-cv-05143-HSG<br><br>**STIPULATION AND ORDER REGARDING LEAVE TO ADD A PLAINTIFF IN THE SECOND AMENDED COMPLAINT**<br><br>Hon. Haywood S. Gilliam, Jr. |

By and through their undersigned counsel, Plaintiffs Ranela Sunga, Stefanie Bonner, and Senna Chen (collectively, "Plaintiffs") and Defendants NAVER Corporation, NAVER Cloud Corporation, NAVER Cloud America Inc. (collectively, the "NAVER Defendants"); SNOW Corporation and SNOW Inc. (collectively, the "SNOW Defendants"); and Defendants Z Holdings Corporation, LINE Corporation, LINE Plus Corporation, and LINE Euro-Americas Corporation (collectively, the "LINE Defendants," and together with the NAVER and SNOW Defendants, "Defendants") hereby stipulate and agree as follows:[1]

WHEREAS, on October 28, 2022, Plaintiffs filed the First Amended Complaint (Dkt. 100);

WHEREAS, on December 15, 2022, Defendants moved to dismiss the First Amended Complaint (Dkts. 108, 115);

WHEREAS, on October 10, 2023, the Court granted in part and denied in part Defendants' Motions to Dismiss the First Amended Complaint (Dkt. 128), granting Plaintiffs leave to amend certain claims and to take jurisdictional discovery;

WHEREAS, Plaintiffs intend to file a Second Amended Complaint;

WHEREAS, the deadline for Plaintiffs to file their Second Amended Complaint is May 12, 2025, as the jurisdictional discovery period has concluded (Dkt. 131, 238, 291);

WHEREAS, on August 26, 2024, former Plaintiff Lee Shubert filed a notice of voluntary dismissal without prejudice (Dkt. 246);

WHEREAS, on August 28, 2024, former Plaintiff Sydney Ji filed a notice of voluntary dismissal without prejudice (Dkt. 248);

WHEREAS, on October 31, 2024, former Plaintiff Kira Tomlinson filed a notice of voluntary dismissal without prejudice (Dkt. 253);

WHEREAS, on January 10, 2025, the parties entered a stipulation and proposed order granting leave to add Senna Chen as a named plaintiff in Plaintiffs' forthcoming Second Amended

---

[1] The NAVER Defendants, Z Holdings Corporation, and LINE Corporation join this Stipulation and [Proposed] Order subject to and without waiving their personal jurisdiction defenses.

1  Complaint, and that all parties will treat her as a party to the case for discovery purposes until that
2  time (Dkt. 263), which the Court entered on January 13, 2025;

3      WHEREAS, Plaintiffs intend to seek leave to add a new plaintiff, Justin Bologna, in their
4  forthcoming Second Amended Complaint;

5      WHEREAS, to avoid motion practice concerning adding Mr. Bologna as a Plaintiff prior
6  to the Second Amended Complaint, Plaintiffs proposed this stipulation;

7      WHEREAS, Plaintiffs have represented that Mr. Bologna is the only new plaintiff that they
8  are planning to substitute in the Second Amended Complaint;

9      WHEREAS, Mr. Bologna has agreed to respond to Defendants' pending discovery requests
10 by the business day following execution of this Stipulation;

11     WHEREAS, Defendants have agreed to treat the existing merits discovery requests as if
12 they had been propounded by Mr. Bologna along with the other Plaintiffs;

13     WHEREAS, counsel for all Parties have met and conferred and agree that, in light of the
14 foregoing agreements, it would promote efficiency and conserve judicial and party resources for
15 the Parties to stipulate that it is not necessary for Plaintiffs to move for leave to formally add Mr.
16 Bologna as a named plaintiff prior to the forthcoming Second Amended Complaint; and

17     WHEREAS, Defendants reserve all of their rights and defenses, including to challenge Mr.
18 Bologna's claims should he be added to the case.

19     NOW, THEREFORE, the Parties hereby STIPULATE AND AGREE, subject to approval
20 by the Court, that Plaintiffs are granted leave to add Mr. Bologna as a named plaintiff in their
21 forthcoming Second Amended Complaint, and that all parties will treat him as a party to the case
22 for discovery purposes until that time.

23 DATED: May 8, 2025                    GLANCY PRONGAY & MURRAY LLP

                                                    /s/ Jonathan M. Rotter
                                                    Jonathan M. Rotter – State Bar No. 234137
                                                    Raymond D. Sulentic – State Bar No. 316913
                                                    1925 Century Park East, Suite 2100
                                                    Los Angeles, California 90067-2561
                                                    Telephone: (310) 201-9150
                                                    Email: info@glancylaw.com

        Lesley E. Weaver – State Bar No. 191305
            lweaver@bfalaw.com
        Joshua Samra – State Bar No. 313050
            jsamra@bfalaw.com
        BLEICHMAR FONTI & AULD LLP
        1330 Broadway, Suite 630
        Oakland, California 94612
        Tel.: (415) 445-4003
        Fax.: (415) 445-4020

        Ekwan E. Rhow - State Bar No. 174604
            erhow@birdmarella.com
        Marc E. Masters - State Bar No 208375
            mmasters@birdmarella.com
        BIRD MARELLA BOXER WOLPERT
        NESSIM DROOKS LINCENBERG &
        RHOW P.C.
        1875 Century Park East, 23rd Floor
        Los Angeles, California 90067-2561
        Telephone: (310) 201-2100
        Facsimile: (310) 201-2110

        Martin J. Christopher Santos – State Bar No. 306346
            csantos@cohen-williams.com
        COHEN WILLIAMS LLP
        724 South Spring Street, 9th Floor
        Los Angeles, CA 90014
        Tel: 213-232-5162
        Fax: 213-232-5167

        Nada Djordjevic (admitted pro hac vice)
            ndjordjevic@dicellolevitt.com
        DICELLO LEVITT LLP
        Ten North Dearborn Street, Sixth Floor
        Chicago, Illinois 60602
        Tel. (312) 214.7900
        *Attorneys for Plaintiffs*

DATED:  May 8, 2025            LATHAM & WATKINS LLP

                               */s/ Michael H. Rubin*
                               Michael H. Rubin  (CA Bar No. 214636)
                                   *michael.rubin@lw.com*
                               Melanie M. Blunschi (CA Bar No. 234264)
                                   *melanie.blunschi@lw.com*
                               Nicole C. Valco (CA Bar No. 258506)

|   |   |   |
|---|---|---|
| 1 |  | nicole.valco@lw.com |
|   |  | Francis J. Acott (CA Bar No. 331813) |
| 2 |  | *francis.acott@lw.com* |
|   |  | 505 Montgomery Street, Suite 2000 |
| 3 |  | San Francisco, California 94111-6538 |
|   |  | Telephone: +1.415.391.0600 |
| 4 |  | Facsimile: +1.415.395.8095 |

*Attorneys for Defendants NAVER Corporation, NAVER Cloud Corporation, NAVER Cloud America Inc., SNOW Corporation, and SNOW Inc.*

DATED: May 8, 2025                            MORRISON & FOERSTER LLP

*/s/ Purvi G. Patel*
Purvi G. Patel (CA Bar No. 270702)
  ppatel@mofo.com
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: +1.213.892.5200
Facsimile: +1.213.892.5454

Camila A. Tapernoux (CA Bar No. 299289)
  ctapernoux@mofo.com
Anissa Chitour (CA Bar No. 341926)
  achitour@mofo.com
425 Market Street
San Francisco, California 94105-2482
Telephone: +1.415.268.7000
Facsimile: +1.415.268.7522

Michael G. Ahern (pro hac vice)
  mahern@mofo.com
250 West 55th Street
New York, NY 10019-9601
Telephone: +1.212.468.8000
Facsimile: +1.212.468.7900

*Attorneys for Defendants Z Holdings Corporation, LINE Corporation, LINE Plus Corporation, and LINE Euro-Americas Corporation*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing Stipulation and [Proposed] Order Regarding Leave to Add a Plaintiff in the Second Amended Complaint. Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Jonathan M. Rotter, attest that concurrence in the filing of this document has been obtained.

DATED: May 8, 2025                      */s/ Jonathan M. Rotter*
                                        Jonathan M. Rotter

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 5/9/2025

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge