Jonathan M. Rotter – State Bar No. 234137
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Tel.: (310) 201-9150
Fax.: (310) 201-9160
info@glancylaw.com

Marc E. Masters – State Bar No. 208375
**BIRD MARELLA RHOW LINCENBERG DROOKS & NESSIM LLP**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Tel.: (310) 201-2100
Fax.: (310) 201-2110
mmasters@birdmarella.com

Lesley E. Weaver – State Bar No. 191305
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, California 94612
Tel. (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

Nada Djordjevic (admitted *pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214.7900
ndjordjevic@dicellolevitt.com

Martin J. Cristopher Santos – State Bar No. 306346
**COHEN WILLIAMS LLP**
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Tel: (213) 232-5162
Fax: (213) 232-5167
csantos@cohen-williams.com

*Attorneys for Plaintiffs and the Putative Class*
*Additional Counsel Appear on Signature Block*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| Ranela Sunga, Stefanie Bonner, Senna Chen, and Justin Bologna, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NAVER CORPORATION, a corporation; NAVER CLOUD CORPORATION, a corporation; NAVER CLOUD AMERICA INC. f/k/a NAVER BUSINESS PLATFORM AMERICA INC., a corporation; SNOW CORPORATION, a corporation; SNOW INC., a corporation; LY CORPORATION. f/k/a Z HOLDINGS CORPORATION, a corporation; LINE CORPORATION/LY CORPORATION, a corporation; LINE PLUS CORPORATION, a corporation; and LINE EURO-AMERICAS CORPORATION, a corporation.<br><br>Defendants. | Case No. 4:21-cv-05143-HSG<br><br>**ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE OR SEAL INCORRECTLY FILED DOCUMENTS** (as modified)<br><br>Court: Courtroom 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Court, having considered Plaintiffs' Motion to Remove or Seal Incorrectly Filed Documents ("Motion"), hereby GRANTS Plaintiffs' Motion and ORDERS the Clerk to remove Docket Number 303-2. Counsel is directed to e-file the redacted version of the Corrected Second Amended Complaint on the docket forthwith.

**IT IS SO ORDERED**.

Dated: 7/8/2025

The Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE