| | |
|---|---|
| 1 | Jonathan M. Rotter – State Bar No. 234137 | Nada Djordjevic (admitted *pro hac vice*) |
| | **GLANCY PRONGAY & MURRAY LLP** | **DICELLO LEVITT LLP** |
| 2 | 1925 Century Park East, Suite 2100 | Ten North Dearborn Street Sixth Floor |
| | Los Angeles, California 90067-2561 | Chicago, Illinois 60602 |
| 3 | Tel.: (310) 201-9150 | Tel. (312) 214.7900 |
| | Fax.: (310) 201-9160 | ndjordjevic@dicellolevitt.com |
| 4 | info@glancylaw.com | |
| 5 | Marc E. Masters – State Bar No. 208375 | Martin J. Cristopher Santos – State Bar No. 306346 |
| 6 | **BIRD MARELLA RHOW LINCENBERG DROOKS & NESSIM LLP** | **COHEN WILLIAMS LLP** |
| 7 | 1875 Century Park East, 23rd Floor | 724 South Spring Street, 9th Floor |
| | Los Angeles, California 90067-2561 | Los Angeles, CA 90014 |
| 8 | Tel.: (310) 201-2100 | Tel: (213) 232-5162 |
| | Fax.: (310) 201-2110 | Fax: (213) 232-5167 |
| 9 | mmasters@birdmarella.com | csantos@cohen-williams.com |

Lesley E. Weaver – State Bar No. 191305
**BLEICHMAR FONTI & AULD LLP**
1330 Broadway, Suite 630
Oakland, California 94612
Tel. (415) 445-4003
Fax: (415) 445-4020
lweaver@bfalaw.com

*Attorneys for Plaintiffs and the Putative Class*
*Additional Counsel Appear on Signature Block*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| Ranela Sunga, Stefanie Bonner, Senna Chen, and Justin Bologna, individually and on behalf of all others similarly situated, | Case No. 4:21-cv-05143-HSG |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE OR SEAL INCORRECTLY FILED DOCUMENTS** |
| vs. | |
| NAVER CORPORATION, a corporation; NAVER CLOUD CORPORATION, a corporation; NAVER CLOUD AMERICA INC. f/k/a NAVER BUSINESS PLATFORM AMERICA INC., a corporation; SNOW CORPORATION, a corporation; SNOW INC., a corporation; LY CORPORATION. f/k/a Z HOLDINGS CORPORATION, a corporation; LINE CORPORATION/LY CORPORATION, a corporation; LINE PLUS CORPORATION, a corporation; and LINE EURO-AMERICAS CORPORATION, a corporation. | Court: Courtroom 2, 4th Floor Judge: Hon. Haywood S. Gilliam, Jr. |
| Defendants. | |

ORDER                                                                 Case No. 4:21-cv-05143-HSG

The Court, having considered Plaintiffs' Motion to Remove or Seal Incorrectly Filed Documents ("Motion"), hereby **GRANTS** Plaintiffs' Motion and **ORDERS** the removal of Docket Number 300. and that it is replaced with the redacted version filed with Plaintiffs' Corrected Administrative Motion to Consider Whether Another Party's Material Should be Sealed, Docket Number 302.

**IT IS SO ORDERED**.

Dated: 1/8/2026

_____
The Honorable Haywood S. Gilliam, Jr
UNITED STATES DISTRICT JUDGE