LATHAM & WATKINS LLP
Michael H. Rubin  (CA Bar No. 214636)
  *michael.rubin@lw.com*
Melanie M. Blunschi (CA Bar No. 234264)
  *melanie.blunschi@lw.com*
Nicole C. Valco (CA Bar No. 258506)
  *nicole.valco@lw.com*
Francis J. Acott (CA Bar No. 331813)
  *francis.acott@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  +1.415.391.0600

*Attorneys for Defendants NAVER Corporation,*
*NAVER Cloud Corporation, NAVER Cloud America Inc.,*
*SNOW Corporation, and SNOW Inc.*

*[Additional Counsel on Signature Page]*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| Sydney Ji, Lee Shubert, Kira Tomlinson, Ranela Sunga, and Stefanie Bonner, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>     v.<br><br>NAVER CORPORATION, a corporation; NAVER CLOUD  CORPORATION, a corporation, NAVER CLOUD AMERICA INC. f/k/a NAVER BUSINESS PLATFORM AMERICA INC., a corporation; SNOW CORPORATION, a corporation; SNOW INC., a corporation; Z HOLDINGS CORPORATION, a corporation; LINE CORPORATION, a corporation; LINE PLUS CORPORATION, a corporation; and LINE EURO-AMERICAS CORPORATION, a corporation,<br><br>        Defendants. | Case No. 4:21-cv-05143-HSG<br><br>**STIPULATION AND ORDER EXTENDING DEADLINES FOR BRIEFING PLAINTIFFS' MOTION FOR ENTRY OF RULE 54(b) PARTIAL FINAL JUDGMENT**<br><br>Hon. Haywood S. Gilliam, Jr. |

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. AND ORDER EXTENDING DEADLINES
FOR BRIEFING RULE 54(B) MOTION
CASE NO. 4:21-CV-05143-HSG

Plaintiffs Ranela Sunga, Stefanie Bonner, Senna Chen, and Justin Bologna (collectively, "Plaintiffs") and Defendants NAVER Corporation ("NAVER"), NAVER Cloud Corporation ("NCC"), NAVER Cloud America, Inc. ("NCA"), SNOW Corporation ("SNOW Corp."), SNOW Inc., LY Corporation (f/k/a Z Holdings Corporation), LINE Corporation, LINE Plus Corporation ("LINE Plus"), and LINE Euro-Americas Corporation ("LINE E-A") hereby stipulate and agree, pursuant to Civil Local Rule 6-1(b), as follows:

WHEREAS, on April 23, 2026, the Court granted in part Defendants' Motions to Dismiss the Second Amended Complaint, dismissing NAVER, NCC, LY Corporation, and LINE Corporation (the "Foreign Defendants") for lack of personal jurisdiction without leave to amend (Dkt. 362);

WHEREAS, on May 20, 2026, Plaintiffs filed a Motion for Entry of Rule 54(b) Partial Final Judgment as to the Court's dismissal of the Foreign Defendants ("Rule 54(b) Motion") (Dkt. 370);

WHEREAS, the Rule 54(b) Motion is noticed for hearing on July 9, 2026 (Dkt. 372);

WHEREAS, pursuant to Civil Local Rule 7-3, Defendants' responses to the Rule 54(b) Motion are due no later than June 3, 2026, and Plaintiffs' reply is due no later than June 10, 2026;

WHEREAS, the Parties conferred and have agreed to the following modified briefing schedule to provide Defendants adequate time to assess and respond to the Rule 54(b) Motion and to account for the parties' scheduling conflicts, subject to Court approval:

| Event | Date |
| --- | --- |
| Defendants' deadline to respond | June 8, 2026 |
| Plaintiffs' deadline to file a reply | June 16, 2026 |

WHEREAS, there are presently no other deadlines set by the Court and the requested extension will not impact the hearing scheduled for July 9, 2026;

WHEREAS, the Court has previously granted the parties' requests for an extension of Defendants' deadline to respond to the Complaint (Dkt. 102); Plaintiffs' deadline to file the SAC (Dkt. 238); Defendants' deadline to respond to the SAC (Dkts. 131, 306, 367); the briefing

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

STIP. AND ORDER EXTENDING
FOR BRIEFING RULE 54(B) MOTION
CASE NO. 4:21-CV-05143-HSG

schedule on a motion to certify an interlocutory appeal filed by NCA, the SNOW Defendants, and former defendants NAVER Corporation and NAVER Cloud Corporation (Dkt. 139); the parties' submission of a joint statement regarding jurisdictional discovery (Dkt. 166, 168); the briefing schedule for non-party LINE Friends's motion to quash a non-party subpoena (Dkts. 173, 178); the parties' deadlines to respond to jurisdictional discovery requests and take jurisdictional depositions (Dkts. 208, 214, 225, 228, 245, 254); and continuance of the case management conference and deadline to file the case management statement (Dkt. 366).

NOW, THEREFORE, subject to the Court's approval, the parties hereby STIPULATE AND AGREE that:

1. Defendants shall file their responses to the Rule 54(b) Motion no later than June 8, 2026; and

2. Plaintiffs shall file their reply in support of their Rule 54(b) Motion no later than June 16, 2026.

DATED:  June 2, 2026                              LATHAM & WATKINS LLP

*/s/ Melanie M. Blunschi*
Michael H. Rubin  (CA Bar No. 214636)
  *michael.rubin@lw.com*
Melanie M. Blunschi (CA Bar No. 234264)
  *melanie.blunschi@lw.com*
Nicole C. Valco (CA Bar No. 258506)
  *nicole.valco@lw.com*
Francis J. Acott (CA Bar No. 331813)
  *francis.acott@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  +1.415.391.0600

*NAVER Corporation, NAVER Cloud Corporation,*
*NAVER Cloud America Inc.,*
*SNOW Corporation, and SNOW Inc.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. AND ORDER EXTENDING
FOR BRIEFING RULE 54(B) MOTION
CASE NO. 4:21-CV-05143-HSG

DATED:  June 2, 2026                    MORRISON & FOERSTER LLP

                                        */s/ Purvi G. Patel*

                                        Purvi G. Patel (CA SBN 270702)
                                           *PPatel@mofo.com*
                                        MORRISON & FOERSTER LLP
                                        707 Wilshire Boulevard, Suite 6000
                                        Los Angeles, California 90017-3543
                                        Telephone: 213.892.5200
                                        Facsimile: 213.892.5454

                                        Camila A. Tapernoux (CA SBN 299289)
                                           *CTapernoux@mofo.com*
                                        Anissa Chitour (CA SBN 241926)
                                           *AChitour@mofo.com*
                                        MORRISON & FOERSTER LLP
                                        425 Market Street
                                        San Francisco, CA 94101
                                        Telephone: 415.268.7000
                                        Facsimile: 415.268.7522

                                        *Attorneys for LY Corporation, LINE Corporation,
                                        LINE Plus Corporation, and LINE Euro-Americas
                                        Corporation*

DATED:  June 2, 2026                    GLANCY PRONGAY WOLKE & ROTTER LLP

                                        */s/ Jonathan M. Rotter*
                                           Jonathan M. Rotter (CA Bar No. 234137)
                                           Holly K. Nye (CA Bar No. 355966)
                                           1925 Century Park East, Suite 2100
                                           Los Angeles, California 90067-2561
                                           Telephone: (310) 201-9150
                                           Facsimile: (310) 201-9160
                                           Email: *info@glancylaw.com*

                                        BIRD MARELLA RHOW LINCENBERG
                                        DROOKS & NESSIM  LLP
                                        Ekwan E. Rhow (CA Bar No. 174604)
                                           *erhow@birdmarella.com*
                                        Thomas R. Freeman (CA Bar No. 135392)
                                           *tfreeman@birdmarella.com*
                                        Marc E. Masters (CA Bar No. 208375)
                                           *mmasters@birdmarella.com*
                                        1875 Century Park East, 23rd Floor

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

COHEN WILLIAMS LLP
Marc S. Williams – State Bar No. 198913
Martin J. Cristopher Santos – State Bar No. 306346
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Tel: 213-232-5162
Fax: 213-232-5167

STRANCH, JENNINGS & GARVEY, PLLC
Lesley E. Weaver – State Bar No. 191305
Anne K. Davis – State Bar No. 267909
Joshua Samra – State Bar No. 313050
1111 Broadway, Suite 300
Oakland, California 94607
Telephone: (341) 217-0550
lweaver@stranchlaw.com
adavis@stranchlaw.com
jsamra@stranchlaw.com

DICELLO LEVITT LLP
Amy E. Keller (admitted pro hac vice)
  *akeller@dicellolevitt.com*
Nada Djordjevic (pro hac vice)
  *ndjordjevic@dicellolevitt.com*
Madeline Hills (pro hac vice)
  *mhills@dicellolevitt.com*
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214.7900

*Attorneys for Plaintiffs*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP. AND ORDER EXTENDING
FOR BRIEFING RULE 54(B) MOTION
CASE NO. 4:21-CV-05143-HSG

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   6/4/2026

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIP. AND ORDER EXTENDING
FOR BRIEFING RULE 54(B) MOTION
CASE NO. 4:21-CV-05143-HSG