PURVI G. PATEL (CA SBN 270702)
PPatel@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone:    213.892.5200
Facsimile:    213.892.5454

CAMILA A. TAPERNOUX (CA SBN 299289)
CTapernoux@mofo.com
ANISSA CHITOUR (CA SBN 341926)
AChitour@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:    415.268.7000
Facsimile:    415.268.7522

Attorneys for Defendants
LY CORPORATION, LINE CORPORATION,
LINE PLUS CORPORATION, AND
LINE EURO-AMERICAS CORPORATION

*Additional counsel on next page*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sydney Ji, Lee Shubert, Kira Tomlinson, Ranela Sunga, and Stefanie Bonner, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NAVER CORPORATION, a corporation; NAVER CLOUD CORPORATION, a corporation; NAVER CLOUD AMERICA INC. f/k/a NAVER BUSINESS PLATFORM AMERICA INC., a corporation; SNOW CORPORATION, a corporation; SNOW INC., a corporation; LY CORPORATION. f/k/a Z HOLDINGS CORPORATION, a corporation; LINE CORPORATION/LY CORPORATION, a corporation; LINE PLUS CORPORATION, a corporation; and LINE EURO-AMERICAS CORPORATION, a corporation,<br><br>Defendants. | Case No. 4:21-cv-05143-HSG<br><br>**STIPULATION AND ORDER EXTENDING TIME TO ANSWER THE SECOND AMENDED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Court: Courtroom 2, 4th Floor<br><br>SAC filed: May 16, 2025 |

MICHAEL G. AHERN (*pro hac vice*)
MAhern@mofo.com
MORRISON & FOERSTER LLP
250 West 55th Street
New York, New York 10019-9601
Telephone:    212.468.8000
Facsimile:    212.468.7900

Attorneys for Defendants
LY CORPORATION, LINE CORPORATION,
LINE PLUS CORPORATION, AND
LINE EURO-AMERICAS CORPORATION

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs Ranela Sunga, Stefanie Bonner, Senna Chen, and Justin Bologna (collectively, "Plaintiffs"); Defendants NAVER Cloud America Inc. ("NCA"); SNOW Corporation ("SNOW Corp.") and SNOW Inc. (together, "SNOW Defendants"); LINE Plus Corporation and LINE Euro-Americas Corporation (collectively with NCA and the SNOW Defendants, "Defendants"); hereby stipulate and agree as follows:

**WHEREAS**, on May 12, 2025, Plaintiffs filed the Second Amended Class Action Complaint ("SAC") (Dkt. 300);

**WHEREAS**, on June 30, 2025, Defendants moved to dismiss the SAC (Dkts. 312, 314);

**WHEREAS**, on April 23, 2026, the Court granted in part and denied in part Defendants' motions to dismiss the SAC (Dkt. 361);

**WHEREAS**, on April 30, 2026, the Court granted the parties' stipulated request to extend Defendants' time to answer the SAC by 30 days, to June 8, 2026 (Dkt. 367);

**WHEREAS**, the SAC is over 100 pages long with 431 paragraphs, and includes allegations concerning multiple entities, IT infrastructure, servers, domains, IP addresses, and Internet Service Providers, as well as numerous footnotes citing documents and testimony from jurisdictional discovery and various news articles, websites, and government documents;

**WHEREAS,** Defendants SNOW Corp. and LINE Plus are located in Korea, and seek additional time to account for the need to translate between English and Korean (Declaration of Camila A. Tapernoux, ¶ 3);

**WHEREAS**, Defendants represent that they have been diligently preparing their Answers to the SAC, and respectfully submit that in light of the foregoing, good cause exists for a modest further extension of Defendants' time to answer the SAC by 7 days, to and including June 15, 2026 (*id.*);

**WHEREAS**, counsel for the parties have met and conferred, and Plaintiffs do not oppose Defendants' requested extension of time to answer the SAC until June 15, 2026, which Defendants represent is not being made for delay or any other improper purpose;

**WHEREAS**, the requested extension will not impact the case schedule entered on June 4, 2026 (Dkt. 376);

STIPULATION AND ORDER EXTENDING TIME TO ANSWER TO SAC
CASE NO. 4:21-cv-05143-HSG

1

**WHEREAS**, the Court has previously granted the parties' requests for an extension of: Defendants' deadline to respond to the Complaint (Dkt. 102); Plaintiffs' deadline to file the SAC (Dkt. 238); Defendants' deadline to respond to the SAC (Dkts. 131, 306); the briefing schedule on a motion to certify an interlocutory appeal filed by NCA, the SNOW Defendants, and former defendants NAVER Corporation and NAVER Cloud Corporation (Dkt. 139); the parties' submission of a joint statement regarding jurisdictional discovery (Dkt. 166, 168); the briefing schedule for non-party LINE Friends's motion to quash a non-party subpoena (Dkts. 173, 178); the parties' deadlines to respond to jurisdictional discovery requests and take jurisdictional depositions (Dkts. 208, 214, 225, 228, 245, 254); Defendants' deadline to answer the SAC (Dkt. 367); and Defendants' Opposition to Plaintiffs' Motion for Entry of Rule 54(b) Partial Final Judgment (DKT. 375).

IT IS ACCORDINGLY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that the deadline for Defendants to answer the SAC is extended to June 15, 2026.

DATED:  June 4, 2026                    MORRISON & FOERSTER LLP

*/s/ Camila A. Tapernoux*
Camila A. Tapernoux (CA SBN 299289)
   *CTapernoux@mofo.com*
Anissa Chitour (CA SBN 341926)
   *AChitour@mofo.com*
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94101
Telephone: 415.268.7000
Facsimile: 415.268.7522

Purvi G. Patel (CA SBN 270702)
   *PPatel@mofo.com*
MORRISON & FOERSTER LLP
707 Wilshire Boulevard, Suite 6000
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

Michael G. Ahern (*pro hac vice*)
   *MAhern@mofo.com*
MORRISON & FOERSTER LLP

250 West 55th Street
New York, New York 10019-9601
Telephone: 212.468.8000
Facsimile: 212.468.7900

*Attorneys for LY Corporation, LINE Corporation, LINE Plus Corporation, and LINE Euro-Americas Corporation*

DATED:  June 4, 2026                    LATHAM & WATKINS LLP

/s/ Francis J. Acott
Michael H. Rubin  (CA Bar No. 214636)
  *michael.rubin@lw.com*
Melanie M. Blunschi (CA Bar No. 234264)
  *melanie.blunschi@lw.com*
Nicole C. Valco (CA Bar No. 258506)
  *nicole.valco@lw.com*
Francis J. Acott (CA Bar No. 331813)
  *francis.acott@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone:  +1.415.391.0600

*NAVER Corporation, NAVER Cloud Corporation, NAVER Cloud America Inc.,*
*SNOW Corporation, and SNOW Inc.*

DATED:  June 4, 2026                    GLANCY PRONGAY WOLKE & ROTTER LLP

/s/ Jonathan Rotter
Jonathan M. Rotter (CA Bar No. 234137)
Holly K. Nye (CA Bar No. 355966)
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: *info@glancylaw.com*

BIRD MARELLA RHOW LINCENBERG
DROOKS & NESSIM  LLP
Ekwan E. Rhow (CA Bar No. 174604)
  *erhow@birdmarella.com*
Thomas R. Freeman (CA Bar No. 135392)
  *tfreeman@birdmarella.com*
Marc E. Masters (CA Bar No. 208375)
  *mmasters@birdmarella.com*
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561

STIPULATION AND ORDER EXTENDING TIME TO ANSWER TO SAC
CASE NO. 4:21-cv-05143-HSG

3

Telephone: (310) 201-2100
Facsimile: (310) 201-2110

COHEN WILLIAMS LLP
Marc S. Williams – State Bar No. 198913
Martin J. Cristopher Santos – State Bar No. 306346
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Tel: 213-232-5162
Fax: 213-232-5167

STRANCH, JENNINGS & GARVEY, PLLC
Lesley E. Weaver – State Bar No. 191305
Anne K. Davis – State Bar No. 267909
Joshua Samra – State Bar No. 313050
1111 Broadway, Suite 300
Oakland, California 94607
Telephone: (341) 217-0550
lweaver@stranchlaw.com
adavis@stranchlaw.com
jsamra@stranchlaw.com

DICELLO LEVITT LLP
Amy E. Keller (admitted pro hac vice)
  *akeller@dicellolevitt.com*
Nada Djordjevic (pro hac vice)
  *ndjordjevic@dicellolevitt.com*
Madeline Hills (pro hac vice)
  *mhills@dicellolevitt.com*
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214.7900

*Attorneys for Plaintiffs*

**SIGNATURE ATTESTATION**

I am the ECF User whose identification and password are being used to file the foregoing STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER THE SECOND AMENDED CLASS ACTION COMPLAINT.  Pursuant to L.R. 5-1(i)(3) regarding signatures, I, Camila A. Tapernoux, attest that concurrence in the filing of this document has been obtained.

DATED:  June 4, 2026

/s/ Camila A. Tapernoux
Camila A. Tapernoux

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 6/5/2026

Hon. Haywood S. Gilliam, Jr.
United States District Judge