Jonathan M. Rotter – State Bar No. 234137
**GLANCY PRONGAY WOLKE & ROTTER LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067-2561
Tel.: (310) 201-9150
Fax.: (310) 201-9160
info@glancylaw.com

Nada Djordjevic (admitted *pro hac vice*)
**DICELLO LEVITT LLP**
Ten North Dearborn Street Sixth Floor
Chicago, Illinois 60602
Tel. (312) 214.7900
ndjordjevic@dicellolevitt.com

Marc E. Masters – State Bar No. 208375
**BIRD MARELLA RHOW LINCENBERG DROOKS & NESSIM LLP**
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Tel.: (310) 201-2100
Fax.: (310) 201-2110
mmasters@birdmarella.com

Martin J. Cristopher Santos – State Bar No. 306346
**COHEN WILLIAMS LLP**
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Tel: (213) 232-5162
Fax: (213) 232-5167
csantos@cohen-williams.com

Lesley E. Weaver – State Bar No. 191305
**STRANCH, JENNINGS & GARVEY, PLLC**
1111 Broadway, Suite 300
Oakland, CA 94607
Tel. (341) 217-0550
Email: lweaver@stranchlaw.com

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

RANELA SUNGA, STEFANIE BONNER, SENNA CHEN, AND JUSTIN BOLOGNA, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

NAVER CORPORATION, a corporation; NAVER CLOUD CORPORATION, a corporation; NAVER CLOUD AMERICA INC. f/k/a NAVER BUSINESS PLATFORM AMERICA INC., a corporation; SNOW CORPORATION, a corporation; SNOW INC., a corporation; LY CORPORATION. f/k/a Z HOLDINGS CORPORATION, a corporation; LINE CORPORATION/LY CORPORATION, a corporation; LINE PLUS CORPORATION, a corporation; and LINE EURO-AMERICAS CORPORATION, a corporation.

Defendants.

Case No. 4:21-cv-05143-HSG

**ORDER AS MODIFIED GRANTING STIPULATION TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO DEFENDANT NAVER CLOUD AMERICA INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS AND TO DISMISS SECOND AMENDED CLASS ACTION COMPLAINT (DKT. 389)**

Having considered the Joint Stipulation to Extend Time ("Joint Stipulation") filed by Plaintiffs Ranela Sunga, Stefanie Bonner, Senna Chen, and Justin Bologna, and Defendant NAVER Cloud America, Inc. ("NCA") to extend time to file opposition and reply to NCA's Motion for Judgment on the Pleadings and to Dismiss Second Amended Class Action Complaint ("Motion"), and good cause appearing therefore, the Joint Stipulation is **GRANTED**.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiffs shall file their opposition to the Motion by October 6, 2026.

2. NCA shall file its reply by October 21, 2026.

3. The hearing on the Motion is continued to November 5, 2026 at 2:00 pm in Oakland, Courtroom 2, 4th Floor.

**IT IS SO ORDERED**.

DATED: 9/8/2026

Haywood S. Gilliam, Jr.

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE